| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| SOUTHERN DISTRICT OF FLORIDA | |
| Case number *(if known)* | Chapter **11** |

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Path Medical Center Holdings, Inc. |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 81-3942921 |

| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|---|
| | | **2304 West Oakland Park Blvd**<br>**Fort Lauderdale, FL 33311**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Broward**<br>County | **Location of principal assets, if different from principal place of business**<br>**2304 West Oakland Park Blvd Fort Lauderdale, FL 33311**<br>Number, Street, City, State & ZIP Code |

| 5. | **Debtor's website** (URL) | www.pathmedical.com |
|---|---|---|

| 6. | **Type of debtor** | �an amended filing |
|---|---|---|

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor __Path Medical Center Holdings, Inc.__     Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor   **Path Medical Center Holdings, Inc.**                                        Case number (*if known*) _____
      Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | **Path Medical, LLC** | | Relationship | Affiliate |
| District | **Southern District of Florida** | When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

██ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | Path Medical Center Holdings, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**16.   Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50  million
- ☒ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor   **Path Medical Center Holdings, Inc.**                                    Case number (if known) _____
         Name

<hr>

**Request for Relief, Declaration, and Signatures**

<hr>

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 27, 2021**
              MM / DD / YYYY

X _____          **Manuel Fernandez**
Signature of authorized representative of debtor      Printed name

Title   **Chief Executive Officer**

<hr>

**18. Signature of attorney**

X _____          Date   **August 27, 2021**
Signature of attorney for debtor                      MM / DD / YYYY

**Brett Lieberman**
Printed name

**Edelboim Lieberman Revah PLLC**
Firm name

**20200 W Dixie Highway**
**Ste 905**
**Miami, FL 33180**
Number, Street, City, State & ZIP Code

Contact phone   **305-768-9909**    Email address   **Brett@elrolaw.com**

**69583 FL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name __Path Medical Center Holdings, Inc.__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF FLORIDA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __August 27, 2021__    X _____
Signature of individual signing on behalf of debtor

__Manuel Fernandez__
Printed name

__Chief Executive Officer__
Position or relationship to debtor

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Path Medical Center Holdings, Inc. |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Alpine Funding, LLC c/o Medley Capital, LLC 280 Park Avenue, 6th Floor East New York, NY 10017 | | | | $134,944.82 | $40,616.66 | $94,326.16 |
| Comvest Capital III, L.P. c/o Comvest Partners 525 Okeechobee Blvd, Suite 1050 West Palm Beach, FL 33401 | | | | $15,335,671.62* | $4,622,088.15* | $10,713,583.47* |
| Medley Credit Strategies (KOC) LLC c/o Medley Capital LLC 280 Park Avenue, 6th Floor East New York, NY 10017 | | | | $3,071,134.35* | $924,417.64* | $2,146,716.71* |
| Medley Oppurtunity Fund III, LLP c/o Medley Capital LLC 280 Park Avenue, 6th Floor East New York, NY 10017 | | | | $7,736,494.50* | $2,328,700.46* | $5,407,794.04* |
| Northport TRS, LLC c/o Medley Capital LLC 280 Park Avenue, 6th Floor East New York, NY 10017 | | | | $15,355,671.62* | $4,622,088.15* | $10,733,583.47* |

*Based on best estimates and allocations of liabilities and estimated collateral value as of July 31, 2021.

Debtor  __Path Medical Center Holdings, Inc.__          Case number *(if known)* _____
　　　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Phenixfin Corporation 445 Park Avenue 9th Floor New York, NY 10022 | | | | $15,112,744.95* | $4,548,966.73* | $10,563,778.22* |
| Sierra Income Corporation c/o Medley Captial LLC 280 Park Avenue, 6th Floor New York, NY 10017 | | | | $20,011,697.38* | $6,023,561.30* | $13,988,136.08* |
| Great Banc Trust Company c/o Bucky Wright 801 Warrenville Road, Suite 500 Lisle, IL 60532 | | | | | | $25,000.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

*Based on best estimates and allocations of liabilities and estimated collateral value as of July 31, 2021.

**Fill in this information to identify the case:**

Debtor name    **Path Medical Center Holdings, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals

12/15

**Part 1:    Summary of Assets**

1.   **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................. $        0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................................... $   220,060.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................................. $   220.060.00

**Part 2:    Summary of Liabilities**

2.   **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $   76,778,359.24

3.   **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................... $        0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................................. +$   210,060.00

4.   **Total liabilities** ....................................................................................................................
   Lines 2 + 3a + 3b          $   76,988,419.24

**United States Bankruptcy Court**
**Southern District of Florida**

In re   __Path Medical Center Holdings, Inc.__                                    Case No.   _____

                                            Debtor(s)          Chapter    __11__   _____

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   __August 27, 2021__                    _____
                                            Manuel Fernandez/Chief Executive Officer
                                            Signer/Title

Abreu, Miliser
5035 Gardens Drive
Orlando, FL 32812

Acosta, Leidy
871 Ibis Walk Place North
Apt 2209
Saint Petersburg, FL 33716

Alpine Funding, LLC
c/o Medley Capital, LLC
280 Park Avenue, 6th Floor East
New York, NY 10017

Aghili, Shoukoh
3037 N. Oakland Forest Club
#102
Oakland Park, FL 33309

Alcazar, Leonor E
2417 Funston St
Hollywood, FL 33020

Aldarondo, Shaida
408 NE 6th Street
Unit 303
Fort Lauderdale, FL 33304

Almendares, Missel
4779 Poseidon Place
Lake Worth, FL 33463

Alonso, Maria D
819 Southwest 27th Street
Fort Lauderdale, FL 33315

Alvarez, Josue
1323 Dragon Head Drive
Valrico, FL 33594

Arias, Elisa J
1377 W. 69th Street
Hialeah, FL 33014

Armoza, Diana Catherine
Knollwood Street
Saint Cloud, FL 34773

Atler, Denise L
2142 NW 85 Lane
Coral Springs, FL 33071

Augustin, Kyneberlie
5253 North Dixie Highway
B1 Fort Lauderdale, FL
33334

Aviles-Velazquez,
Stephanie Marie
31236 Bridgegate Drive
Wesley Chapel, FL 33545

Bailey, Lisa
404 N.W. 5th Terr.
Hallandale Beach, FL 33009

Baille, Melila
2652 Carambola
Cir N unit 1
Coconut Creek, FL 33066


Baldaras Saldierna, Irene
1007 King St.
Plant City, FL 33563

Barreiro, Joshua A
201 Terrace Ridge Circle
Davenport, FL 33896

Barzaga, Anny Lisney
13881 NW 238th St.
High Springs, FL 32643


Bien Aime, Junie
1755 NE 164st
Apt 113
Miami, FL 33162

Binet Rosario, Nelly
4910 NW 11th Court
Fort Lauderdale, FL 33313

Blackwood, Delisha Torlse
2760 NW 164th Street
Miami Gardens, FL 33054

Blake, Cadeen
6531 SW 10th St
North Lauderdale, FL 33068

Bonet, Rosa
6161 Northwest 2nd Avenue
#223
Boca Raton, FL 33487

Bonnardel, Neil S
18981 Sw 32 St
Miramar, FL 33029

Brewton, Nichole
5880 Clydesdale Court
Davie, FL 33314

Brooks, Robin D
146 Laurel Way
1B
Herndon, VA 20170

Brown, Candis
3800 S Ocean Dr
Apartment 1017
Hollywood, FL 33019

Cabreja, Melanie
920 Woodside Circle
Apt A
Kissimmee, FL 34741

Cadet, Marene
2781 Ocean Club Blvd.
Apt. 106
Hollywood, FL 33019

Callen, Norma
3218 NW 23rd Ave
Miami, FL 33142

Calvo, Maria A
3921 East 9th Lane
Hialeah, FL 33013

Campbell, Christena
19500 NW 12th Ave
Miami, FL 33169

Cantu, Eduardo
6901 Indian Creek Dr
Apt. 7
Miami Beach, FL 33141

Capaz, Neysa
295 NW 72nd Ave
Apartment 407
Miami, FL 33126

Capezza, Victoria
12230 Legacy Bright Street
Riverview, FL 33578

Cardoso Lopes, Jarbas Felipe
5644 Blue Shadows Court
Orlando, FL 32811

Carlin, Dalanie
791 N. Pine Island Road
#212
Fort Lauderdale, FL 33324

Carlin, Patricia
1137 SE 6th Ave
Dania, FL 33004

Castillo Padilla, Rosendo
451 nw 7 st
apt. 206
Miami, FL 33136

Chavarria, Rommel
2890 W 71st St
Hialeah, FL 33018

Cherian, Joseph
15444 Montesino Drive
Orlando, FL 32828

Chukes, Jimeria
1128 Fennel Green Drive
Seffner, FL 33584

Clarke, Leigh R
2501 Riverside Drive
APT 309
Coral Springs, FL 33065

Claro Cisnero, Mirtha
7630 Cayuga Dr
New Port Richey, FL 34653

Cockren, Lissette
330 S.W. 97th Ave.
Pembroke Pines, FL 33025

Comvest Capital III, L.P.
c/o Comvest Partners
525 Okeechobee Blvd, Suite 1050
West Palm Beach, FL 33401

Connor, Lyron G
1716 SW 10th st.
Fort Lauderdale, FL 33312

Cordero, Crystal
725 Crest Pines Dr
Apt 417
Orlando, FL 32828

Core Tossona , Danielle
N 16724 Southwest 10th Street
Pembroke Pines, FL 33027

Creighton, Shenequa
1219 S Dixie Hwy W
Apt 207
Pompano Beach, FL 33060

Crespo, Aneika M
4831 Sw 193 Lane
Southwest Ranches, FL 33332

Cruz Gonzalez, Victor
3702 Windham Dr
Holiday, FL 34691

Curtis, Lance
11509 Southwest 15th Street
Hollywood, FL 33025

D'Alesio, Ann Elizabeth
614 NE 2nd Place
Dania, FL 33004

Da Silva Borges, Sergio
1019 South Hiawasee Road
Apt#3812
Orlando, FL 32835

Davis Goldman, PLLC
(notice only)
1441 Brickell Ave
Sre 1400
Miami, FL 33131

Dattus, Sheila
111 Sw 4th Ave #9
Pompano Beach, FL 33060

Dawkins, Christina Venetta
610 Northwest 2nd Avenue
Hallandale Beach, FL 33009

De La Paz, Iris
3305 W Aileen St
Tampa, FL 33607

De La Vina, Jimmy
2321 Atlantic Avenue
apt 3
Opa-locka, FL 33054

Del Moral, Marylirza
Olde Camelot Circle
Haines City, FL 33844

Delgado Cheong, Dania
3702 Windham Dr
Holiday, FL 34691

Diaz, Elisa
6261 SW 24th Place
Unit 306
Davie, FL 33314

Djebelli, Jahan
3245 Virginia St
Apt 57
Miami, FL 33133

Doctor, Antionesia
3700 Oakland Preserve Way
APT. 5304
Oakland Park, FL 33334

Douglas, Ebony Lynn
1200 Via Lugano Circle
Apt. 211
Boynton Beach, FL 33436

Dyges, Anthony
231 Northwest 47th Avenue
Plantation, FL 33317

Eapen, Geogith

Emmenecker, Andrew Charles
1108 Bartow Road
Apt j114
Lakeland, FL 33801

Etienne, Felicia
1120 Northwest 147th Street
Miami, FL 33168

Faez, Candida L
7602 W Henry Ave
Tampa, FL 33615

Farrington, Taneisha
2403 South 25th Street
#111
Fort Pierce, FL 34981

Felder, Derrick Charles
3300 Northwest 18th Street
Fort Lauderdale, FL 33311

Fernandez, Akralys Veronica
6822 N. Clark
Tampa, FL 33614

Fernandez, Andre
2160 Denny Court
Boca Raton, FL 33486

Fernandez, Christian
9696 Hollyhill Drive
Orlando, FL 32824

Fernandez, Judith
4050 Southwest 136th Avenue
Miramar, FL 33027

Fernandez, Manuel A
2160 Denny Court
Boca Raton, FL 33486

Ferreras, Gabriel
6011 Nw 42nd Ave
Coconut Creek, FL 33073

Fiacco, Melissa L
11136 Meridian Dr N
Parkland, FL 33076

Fiacco, Olivia L
11136 Meridian Drive North
Parkland, FL 33076

Fiacco, Priscilla L
11136 Meridian Dr N
Parkland, FL 33076

Firpi, Maria Emily
7001 NW 16th St
Apt A-406
Plantation, FL 33313

Fleurent, Marie
4201 NW 34th Street
#415
Fort Lauderdale, FL 33319

Forrest-Thomas, Brenda
303 NW 9th Ave
Pompano Beach, FL 3306

Franco Sterling, Alberto

Francois Paul, Marie
8261 V a DiVeneto
Boca Raton, FL 33496

Frias, Lynette
3596 Vega Creek Dr.
St. Claud, FL 34772

Fuerte, Raul
209 NW 109th Ave #407
Miami, FL 33312

Fye, Kelly
2813 SW 2nd Ct.
Ft. Lauderdale, FL 33312

Garcia Alvarez, Ahimed
6014 Lake Underhill Road
Orlando, FL 32807

Garcia Bondani, Carlos Alejandro
10706 Savannah Wood Court
Orlando, FL 32832

Gedeon, Iderlia
6337 NW 24 Court
Margate, FL 33063

Gomez, Aracely
18440 Cayman St
Eustis, FL 32736

Gomez, Fernando Martin
910 Coral Ridge Drive
#203
Coral Springs, FL 33071

Gonzalez Garay, Dulce Maria
10550 West State Road 84
Lot 359
Davie, FL 33324

Gonzalez, Arnaldo
10985 SW 107 Street
Apt 308
Miami, FL 33176

Gonzalez, Ashley
4601 Northwest 42nd Street
Lauderdale Lakes, FL 33319

Gonzalez, George
1301 W Branch St
Lantana, FL 33462

Gonzalez, Gisette
1190 Muzano Street
Apt B-401
Kissimmee, FL 34741

Gracia, Tamara
425 Sinbad Avenue
Port Saint Lucie, FL 34952

Granda, Angel Enrique
1700 Azalea Ct
Apt. A
Oldsmar, FL 34677

GreatBanc Trust Company
801 Warrenville Road
Suite 500
Lisle, IL 60532

Guerra Mora, Sander
9125 Southwest 77th Avenue
Apt A206
Miami, FL 33156

Guevara, Maria Milagros
818 Dundee Drive
Winter Springs, FL 32708

Guillaume, Enide
4158 Inverrary Dr
Apt 408
Lauderhill, FL 33319

Guzman, Jorge A
197 Tulip Way
Kissimmee, FL 34743

Hankerson, Arlene
18932 NW 27th Avenue
Apt 309
Miami Gardens, FL 33056

Hargrett, Latoya L
11684 Sanderling Drive
Wellington, FL 33414

Harris, Elease
701 NW 2nd Terr
Deerfield Beach, FL 33441

Henderson, Karla Michelle
2217 Chapin Street
Tampa, FL 33605

Hernandez, Ana
14576 Laguna Beach
Orlando, FL 32824

Hernandez, Liana
2674 Franklin Drive
Fort Lauderdale, FL 33311

Hernandez, Mia Angela
2910 NE 53rd Terrace
Margate, FL 33063

Hinkel, Reba R
301 NW 50th St
Pompano Beach, FL 33064

Ireland, Beverley A
3445 Pinewalk Drive North
Apt 208
Margate, FL 33063

Irizarry, Jose Angel
5075 Ernst Court
Orlando, FL 32819

Izquierdo, Madelaine
18678 NW 77th Place
Hialeah, FL 33015

Jackson, Tamara
1470 Northwest 55th Avenue
Lauderhill, FL 33313

Jamieson, Cory
3113 Cortez Rd W
Lot 74
Bradenton, FL 34207

Janvier, Louis
1448 Herring Lane
Clermont, FL 34714

Jenkins, Jarae
15741 Northwest 17th Court
Opa-locka, FL 33054

Jenkins, Vereity Ayana
301 Rollins Drive
Davenport, FL 33837

Johnson, Shineta Twana

Jones, Valecia
1813 Meridel Ave
Tampa, FL 33612

Jorge Hernandez, Violeta
6950 Sw 3rd Street
Pembroke Pines, FL 33023

Jose, Emmanuel
4681 Sable Pine Cir
Unit D1
West Palm Beach, FL 33417

Keller, Kristi
4225 Cypress Dr
Saint Cloud, FL 34772

Kelley, Ashtyn
3410 Pinewalk Drive North
827
Margate, FL 33063

Kerr, Stephane J
800 Sw 64 Terr North
Lauderdale, FL 33068

Kurtic, Aldijana
4350 82nd Avenue North
Pinellas Park, FL 33781

Letchworth, Tabitha
3615 Wayne Road
Lakeland, FL 33810

Lewin, Karl
941 Framlingham Ct
APT 103
Lake Mary, FL 32746

Ling, Kimberly J
1650 NW 27th Avenue
Fort Lauderdale, FL 33311

Lopexdevictoria, Cynthia Altelia
5099 Elmnurst Road
West Palm Beach, FL 33417

Lopez, Erin Albon
2598 South Conway Road
APT 1311
Orlando, FL 32812

Lopez, Johanna M
1271 Nw 31st Street
Miami, FL 33142

Lopez, Yennifer
121 Snapdragon court
Kissimmee, FL 34743

Lossen, Samantha
5715 Harrison St
Hollywood, FL 33023

Maldonado-Santiago, Sheila M
3104 Camino real Dr N
Kissimmee, FL 34744

Manfredonia, Michael Joseph
1005 NW 67th Avenue
Margate, FL 33063

Manuel A. Fernandez
2160 Denny Court
Boca Raton, FL 33486

Manzanilla, Marisela O
6953 Pines Circle
Coconut Creek, FL 33073

Markevich, Alexander
400 NE 12 ave
Apt. 704
Hallandale, FL 33009

Martin, Bradford
920 Greenbriar Drive
Boynton Beach, FL 33435

Martin, Christina E
5318 Anhinga Trail
New Port Richey, FL 34653

Martinez, Elias
9291 E Bay Harbor Drive Apartment 5A
Bal Harbor island, FL 33154

Martinez, Jose Vladimir
2315 N. Congress Avenue
Apt. 27
Boynton Beach, FL 33426

Martinez, Lee-Jeannette
5411 Mayo St
Hollywood, FL 33021

Martinez, Victoria
2409 Tracy Lane
Deltona, FL 32738

Martinez, Wendy E
828 NW 58th St
Miami, FL 33127

McBride, Precious Nicole
720 N.W 15th Terrace
Fort Lauderdale, FL 33311

Mccant, Alicia
5255 Cinderlane Parkway
Apt. 249
Orlando, FL 32808

McCleary, Latasha
7151 Tam Oshanter Blvd
North Lauderdale, FL 33068

McDermott, Linda
7012 NW 100th Terrace
Tamarac, FL 33321

McEwen, Darleen K
3577 Cocoplum Circle
Coconut Creek, FL 33063

McEwen, Monica A
3170 Coral Way
Apt. 1002
Miami, FL 33145

McKnight, Alandra A
3504 Sprite Lane
St. Cloud, FL 34772

Medley Capital Corporation
c/ Medley Capital LLC
280 Park Avenue, 6th Floor East
New York, NY 10017

Medley Capital LLC, as Agent
280 Park Avenue, 6th Floor East
New York, NY 10017

Medley Credit Strategies (KOC) LLC
c/o Medley Capital LLC
280 Park Avenue, 6th Floor East
New York, NY 10017

Medley Opportunity Fund III, LLP
c/o Medley Capital LLC
280 Park Avenue, 6th Floor East
New York, NY 10017

Meneses Tohalino, Lizbeth J
3120 West Hallandale Beach Blvd
# 614
Hallandale Beach, FL 33009

Menjivar, Ana G
8208 Nw 74th Terr
Tamarac, FL 33321

Mesa, Andres
13922 Magnolia Ridge Loop
Winter Garden, FL 34787

Miranda-Rueda, Raquel
247 St Cloud Village Ct
#102
Kissimmee, FL 34744

Mobley, Jerome
1402 Robin Ct.
Longwood, FL 32750

Mojica, Jazmine
11433 Royal Palm Boulevard
Coral Springs, FL 33065

Mojica, Jiamaryliz Delcarmen
350 24th Street NW #108C
Winter Haven, FL 33880

Molina, Yuleidy
2900 Nw 100 St
Miami, FL 33147

Monestime, Jeanine H
1175 Northwest 110th Street
Miami, FL 33168

Montalvo, Amanda
4938 Elon Crescent
Lakeland, FL 33810

Montalvo, Rosa
6460 Scott St
Hollywood, FL 33024

Morales, Yeseny Y
2500 N 26th Terrace
Hollywood, FL 33020

Morgan, Lewis and Bockius, LLP
1717 Main Street, Suite 3200
Dallas, TX 75201

Munroe, Tamika Allison
4200 NW 3rd ct
unit 311
Plantation, FL 33317

Murphy, Cristin
4355 Corporate Ave
Apt 176
Lakeland, FL 33809

Nahmany, Stacey
8302 Southwest 20th Street North
Lauderdale, FL 33068

Nicoletti, Brian
7026 Chatum Light Run
Bradenton, FL 34212

Nidetz, Andrew M
1301 NE Miami Gardens Dr #911
Miami, FL 33179

Nixon, Janelle
7551 Viscaya Circle
Margate, FL 33063

Norvelus, Naderge
711 Southwest 76th Avenue North
Lauderdale, FL 33068

Northport TRS, LLC
c/o Medley Capital LLC
280 Park Avenue, 6th Floor East
New York, NY 10017

O'Neal, T'Keyah
4418 Cobia Dr
Tampa, FL 33617

O'Shaughnessy, John W
13444 Fordwell Drive
Orlando, FL 32828

Ojiemu, Jephthah
603 Sea Pine Way
Apt A3
Greenacres, FL 33415

Oliveros, Silvana P
3121 Sw 64 Terr
Miramar, FL 33023

Oliveros, Silvana P
3121 SW 64 Terrace
Miramar, FL 33023

Orelus, Nancy
6424 Southwest 20th Court
Miramar, FL 33023

Osias, Anne C
650 NE 149th St apt 110A
North Miami, FL 33161

Otero, Tasha Daniella
4689 King Cole Blvd
1200 W Holden Ave
Orlando, FL 32811

Pagan Melanie Nicole
63 Las Brisas Way
Kissimmee, FL 34743

Palma, Luisa
13839 Fairway Island Drive
Apt 1132
Orlando, FL 32837

Palmer, Jayvin Jaquan Tyriq
6050 SW 27th Street
Apt. 205
Miramar, FL 33023

Pellegrino, Lindsey M
8227 San Carlos Circle
Tamarac, FL 33321

Pena, Nicholas
16116 Kilmarnock Drive
Miami Lakes, FL 33014

Perera, Patricia
8844 NW 168ST
Miami, FL 33018

Perez Gonzalez, Yamislaida
3004 Maple Shade Place
Seffner, FL 33584

Perez, Gustavo A
704 Creekwater Terrace
#102
Lake Mary, FL 32746

Perez, Lyzella Valentine
539B Albatross Drive
Kissimmee, FL 34759

Perez, Teresa
421 Northeast 1st Street Apt 101
Hallandale Beach, FL 33009

Perez, Vidmarie Perez
341 Preserve Point Blvd
Davenport, FL 33837

Perez, Zadys
663 Flagami Boulevard
Miami, FL 33144

Perpetuo, Michelle
9104 NW 147th Terrace
Hialeah, FL 33018

Phenixfin Corporation
445 Park Avenue
9th Floor
New York, NY 10022

Philip, Avinash
268 nw 89th ave
Coral Springs, FL 33071

Pierre Louis, Barbara
570 NW 47th Ave
Plantation, FL 33317

Pierre Louis, Barbara
570 NW 47th Avenue
Plantation, FL 33317

Pierre, Louisida
5024 lantana road apt 3110
Lake Worth, FL 33463

Pierre, Rochine Nerleta
611 SW Dalton Circle
Port Saint Lucie, FL 34953

Pileta, Thalia
2813 West Patterson Street
Tampa, FL 33614

Pina, Yusleny
3011 23rd Ave N
Saint Petersburg, FL 33713

Planos, Marcos A
1113 54th Ave N
St Petersburg, FL 33703

Porras, Luis
10400 NW 35th Pl
Miami, FL 33147

Pozzi, Tammy Lyn
205 Derby Downs Pl
Apartment 204
Brandon, FL 33510

Priester, Nikia
4324 N.W 9th Ave. apt 7-3 B
Deerfield Beach, FL 33064

Proskauer Rose LLP
One International Place
Boston, MA 02110

Qian, Jean
2516 Montclaire Circle
Weston, FL 33327

Quintero Rodriguez, Aneudi
3001 Lilly Belle Drive
Kissimmee, FL 34744

Quintero, Leticia
14533 Sw 285 Terr
Homestead, FL 33033

Quintero, Misleibys
28004 Sw 136 Place
Homestead, FL 33033

Quintero, Nelson
6824 Tanglewood Bay Drive
Orlando, FL 32821

Ragoonanan, Shreya
2100 Northwest 61st Avenue
Sunrise, FL 33313

Ram, Laishdeo
10205 Beneva Drive
Tampa, FL 33647

Ramirez, Bernice Miranda
905 East Lambright Street
Tampa, FL 33604

Ramos, Kathleen
1837 SW Norman Lane
Port Saint Lucie, FL 34984

Ramsuer, Felicia
15210 Amberly Dr. Apt #1924
Tampa, FL 33647

Ravelo, Tonia
605 Koala Court
Kissimmee, FL 34759

Reis, Angela
421 SO 61 Terrace
Hollywood, FL 33023

Reyes, Emily Katelin
18170 Northwest 59th Avenue apt 103
Hialeah, FL 33015

Rivera Torres, Yarelis
1110 Hackberry Drive
Orlando, FL 32825

Rivera, Waymaliz Leean
2905 South Semoran Boulevard Apt 162
Orlando, FL 32822

Rivero, Felix
2909 Nw 92st
Miami, FL 33147

Robin D. Brooks
146 Laurel Way
Herndon, VA 20170

Rodriguez, Barbara M
320 S Flamingo Rd
Apt 150
Pembroke Pines, FL 33027

Rodriguez, Humberto
7012 NW 95th Ave.
Tamarac, FL 33321

Rolon, Keyla M
6301 Sherman St
Hollywood, FL 33024

Roman, Brenda Liz
14492 Ward Rd
Orlando, FL 32824

Romero, Blanca
1410 N. 68th Terrrace
Hollywood, FL 33024

Romero, Karla
6203 N. Hubert Avenue
Tampa, FL 33614

Rosario Morales, Janais
1701 Shady Ridge Court
Orlando, FL 32807

Salcedo, Jose
10936 SW 182nd Lane
Miami, FL 33157

Sanchez, Saul
1700 Woodbury Road
Apt 3105
Orlando, FL 32828

Sanchez, Yhester M
9182 Nw 112 Terr
Hialeah Gardens, FL 33018

Santiago Fernandez, Jean
13124 Heather Moss Drive Apt. 515
Orlando, FL 32837

Santos, Marilee
111 Washington Palm Loop
Davenport, FL 33897

Seraneau, Maureen
5704 Southwest 39th Street
West Park, FL 33023

Sierra Income Corporation
c/o Medley Captial LLC
280 Park Avenue, 6th Floor
New York, NY 10017

Silva, Dianelys
3402 Doctor Love Road
Orlando, FL 32810

Simmer, Jacqueline
1009 N Ocean Blvd
#PH2
Pompano Beach, FL 33062

Smith, Matthew
10434 Abelia Court
Port Richey, FL 34668

Smith, Nicholas
4416 19th St Cir W
Apt A
Bradenton, FL 34207

Smith, Patty E
1705 Nw 15 Ave Fort
Lauderdale, FL 33311

Smith, Vannetta
3733 N. Goldenrod Road
Apt. 204
Winter Park, FL 32792

Solano, Rowland
713 Gazelle Way
Kissimmee, FL 34759

Soto, Alma
7190 NW 21st Street
Sunrise, FL 33313

Sotolongo, Roxanna
4515 E 8th Ln
Hialeah, FL 33013

St Juste, Maryse
1312 26th St NW
Winter Haven, FL 33880

Stephens, Calvin
4381 Southwest 10th Place
Apt 102
Deerfield Beach, FL 33442

Stillman, Aria
6261 bent Pine drive
1014B
ORLANDO, FL 32822

Suarez, Idenises
8164 NW 10St
Apt.2
Miami, FL 33126

Talledo Jibaja, Deysi
2105 Island Walk Drive
Orlando, FL 32824

Tanelus, Wideline
4714 NW 58th St
Tamarac, FL 33319

Taveras, Angela M
5420 Deerbrooke Creek Circle Apt 11
Tampa, FL 33624

Tejada, Giovanni
10600 Bloomfield Drive
apt. 418
Orlando, FL 32825

Thaureaux Bueno, Yoanne
7310 W 3rd Ave
Hialeah, FL 33014

Thelus, Luciana
5811 West McNab Road
North Lauderdale, FL 33068

Thomas, Pamela L
18920 Nw 56 Ct
Miami Gardens, FL 33055

Thompson, Shiann
4412 Teka Lane
St. Cloud, FL 34772

Tingo, Frank
6976 Swinscoe Lane
Windermere, FL 34786

Toribio, Hazel
1811 Southwest 97th Terrace
Miramar, FL 33025

Torres, Anthony O
10176 Vickers Ridge Drive
Orlando, FL 32829

Troutman, Tammy
4132 NW 181st Lane
Miami Gardens, FL 33055

Urrutia, Jacqueline
6428 Vineland Road
Apt 302
Orlando, FL 32819

Valcourt, Renette
1180 Northwest 155th Lane Apt 211
Miami, FL 33169

Valdiviezo, Elysia
7331 NW 37th St
Unit 4
Hollywood, FL 33024

Vargas, Jahaira
670 Basingstoke Ct

Kissimmee, FL 34758
Varona, Evert
9328 Longmeadow Circle
Boynton Beach, FL 33436

Vasallo, Clara Maria
940 West 51st Place
Hialeah, FL 33012

Ventura, Teanny
13173 Oulton Cir
Orlando, FL 32832

Vital, Santia
2150 Siena Way
Hollywood, FL 33021

```
Volodarsky, Alexander
7441 Wayne Ave
apt # 14-0
Miami Beach, FL 33141

Walker, Melvin J
8441 nw 26th Place
Sunrise, FL 33322

Walker, Stefanie
4188 N Landar Drive
Lake Worth, FL 33463

Ward, Fernando
4821 NW 58th St
TAMARAC, FL 33319

Ward, Lauren Michele
3793 pioneer trails blvd e
Lakeland, FL 33810

Watkinson, Derek J.
7131 Bellaire terrace
New Port Richey, FL 34653

West, Unika
5820 Northwest 21st Street
Lauderhill, FL 33313

Whitfield, Ray
6509 Sedgeford Drive
Lakeland, FL 33811

Williams, Kyshawn M
1029 Putnam Drive
Sarasota, FL 34234

Wilson, Ivonne
1926 Magical Ln
Kissimmee, FL 34744

Woolsey, Timothy M
9213 Sw 16th Rd E
Boca Raton, FL 33428
```

Wuertz, Michael A
1343 Gangplank Dr
Valrico, FL 33594

Yates, Rae-Ann R
429 Short Drive
Kissimmee, FL 34759

Yero, Junior
9140 Chantilly Ln
Port Richey, FL 34668

Yoffe, Melissa
3410 Monarch Breeze Dr Apt 412
Riverview, FL 33578

Zamora, Jose
17501 Northwest 48th Avenue
Miami Gardens, FL 33055

Zupcau, Liliana
837 NW 82nd Pl
Boca Raton, FL 33487

DocuSign Envelope ID: 2B167A4D-A793-4904-9DF3-5FBA56F059D5

**RESOLUTIONS ADOPTED
AT SPECIAL MEETING OF THE BOARD OF DIRECTORS OF
PATH MEDICAL CENTER HOLDINGS, INC.
AND
AS SOLE MEMBER OF PATH MEDICAL LLC**

**August 24, 2021**

A.      **Voluntary Petition Under the Provisions of Chapter 11 of Title 11 of the United States Code.**

**RESOLVED**, that on or about December 21, 2021, in the judgment of the Board of Directors (the "Board") of Path Medical Center Holdings, Inc., a Delaware corporation (the "Company"), based on, among other things, advice of counsel, advice of its financial advisor, review of the relevant finances and projections of the Company and its subsidiary, it determined that it was desirable and in the best interests of the Company, its creditors and other parties in interest, that the Company file, or cause to be filed, a voluntary petition for relief under the provisions of chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Florida (Fort Lauderdale Division), which filing is was previously approved (the "Chapter 11 Proceedings") and which prior resolution is ratified in its entirety; and it is

**FURTHER RESOLVED**, in the judgment of the Company's Board of Directors, based on, among other things, advice of counsel, advice of its financial advisor, review of the relevant finances and projections of the Company and its subsidiary, it is still desirable and in the best interests of the Company, its creditors and other parties in interest, that the Company file, or cause to be filed, a voluntary petition for relief, which is again approved; and it is

**FURTHER RESOLVED**, that in the judgment of the Board, based on, among other things, advice of counsel, advice of its financial advisor, review of the relevant finances and projections of the Company and its subsidiary it is desirable and in the Company's best interests, that the Company, as the sole member of Path Medical, LLC, a Florida limited liability company wholly owned by the Company (the "Subsidiary"), to cause the Subsidiary to file a voluntary petition for relief under the provisions of chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Florida (Fort Lauderdale Division), which filing is hereby approved; and it is

**FURTHER RESOLVED**, that Manuel Fernandez, the Company's Chief Executive Officer, or any other officer as designated by the Board (collectively, the "Authorized Officers"), acting alone or with one or more other Authorized Officers, be, and they hereby are, authorized to execute and file on behalf of the Company and the Subsidiary all petitions, schedules, lists and other motions and papers, or documents, and to take any and all actions that they deem necessary or proper to obtain such relief, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's and the Subsidiary's respective businesses.

**B.     Retention of Professionals**

**RESOLVED**, that any Authorized officer be, and each hereby is, authorized to employ the law firm of Edelboim Lieberman Revah, PLLC as bankruptcy counsel to represent and assist the Company and Subsidiary in carrying out their respective duties under the Bankruptcy Code, and to take any and all actions to advance the Company's and Subsidiary's rights and obligations in connection with the Chapter 11 Proceedings including, without limitation, filing any pleadings and petitions for relief; and in connection therewith, the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers and to cause to be filed an appropriate application for authority to retain the Services of Edelboim Lieberman Revah, PLLC; and it is

**FURTHER RESOLVED** that the Company is hereby authorized to pay Edelboim Lieberman Revah, PLLC a retainer of not less than $200,000.00 for bankruptcy costs and services, plus such other amounts as set forth in the engagement agreement and as authorized by the United States Bankruptcy Court; and

**FURTHER RESOLVED**, that any Authorized Officer be, and each hereby is, authorized to employ the law firm of Davis & Goldman PLLC as special corporate counsel, to represent and assist the Company and Subsidiary in any and all matters and provide advice and guidance in connection with, among other things, the operations, ongoing or hereafter arising litigation, and other non-bankruptcy matters of and related to the Company and the Subsidiary during any bankruptcy case; and in connection therewith, the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers and to cause to be filed an appropriate application for authority to retain the services of Davis & Goldman PLLC; and it is;

**FURTHER RESOLVED**, that any Authorized Officer be, and each hereby is, authorized to employ the law firm of Foley & Lardner LLP as special litigation counsel, to represent and assist the Company and Subsidiary in connection with ongoing litigation; and in connection therewith, the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers and to cause to be filed an appropriate application for authority to retain the services of Foley & Lardner LLP; and it is

**FURTHER RESOLVED**, that any Authorized Officer be, and each hereby is, authorized to employ on or more financial advisors in the Authorized Officer's discretion to advise the Company and Subsidiary in connection with the Chapter 11 Proceedings including any sale contemplated therein; and in connection therewith, the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers and to cause to be filed an appropriate application for authority to retain the services of such financial advisor(s); and it is

**FURTHER RESOLVED**, that any Authorized Officer be, and each hereby is, authorized to employ the law firm, Hinshaw & Culbertson LLP as special corporate counsel, to advise the Company and Subsidiary in connection with, among other things, corporate, ESOP, finance and bankruptcy during the Chapter 11 Proceedings; and in connection therewith, the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers and to cause to be filed an appropriate application for authority to retain the services of Hinshaw & Culbertson LLP; and it is

**FURTHER RESOLVED**, that any Authorized Officer be, and each hereby is, authorized and directed to employ any other professionals to assist the Company and its Subsidiary in carrying out their duties under the Bankruptcy Code; and in connection therewith, the Authorized Officers, with power of delegation, are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers and to cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary.

## C.   Further Actions and Prior Actions

**RESOLVED** that in addition to the specific authorizations heretofore conferred upon the Authorized Officers, each of them, acting alone, hereby is authorized, directed and empowered, in the name and on behalf of the Company and the Subsidiary to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments and other documents and to pay all expenses, including filing fees, in each case as in such Authorized Officer's judgment shall be necessary or desirable to fully carry out the intent and accomplish the purposes of these resolutions; and it is

**FURTHER RESOLVED,** that all acts, actions, and transactions relating to the matters contemplated by the foregoing resolutions done in the name of, and on behalf of, the Company and Subsidiary, which acts would have been approved by the forgoing resolutions except that such acts were taken before these resolutions were adopted, are hereby in all respects confirmed, approved and ratified in all respects; and it is

**FURTHER RESOLVED,** that Any Authorized Officer be, and each hereby is, authorized to obtain and negotiate debtor-in-possession financing ("DIP Financing") on terms substantially similar to the following:

DIP Financing: (a) in the total amount of $5,000,000.00 (Five Million Dollars) through debtor-in-possession financing, subject to Bankruptcy Court approval, pursuant to 11 U.S.C. § 364(b); and (b) pursuant to other reasonable terms and conditions to be determined by the Authorized Agent and all of the foregoing subject to Bankruptcy Court approval.

**FURTHER RESOLVED**, that the Secretary of the Company is hereby authorized, empowered and directed to certify that the foregoing resolutions of the Board were duly adopted as of the date hereof.

The undersigned have executed this written consent effective as of the date first set forth above.

[Signature Page to Follow]

## PATH MEDICAL CENTER HOLDINGS, INC. DIRECTORS:

Manny Fernandez

Marta Prado

David Campbell

PATH MEDICAL, LLC
Path Medical Center Holdings, Inc.,
its Sole Member

By: Manny Fernandez
Its: CEO

[Signature Page to Written Consent of Directors of Path Medical Holdings, Inc. – Ch. 11 Protection, retention of Professionals, and Further and Prior Actions]