

## ORDERED in the Southern District of Florida on August 31, 2021.

*Scott M. Grossman*

**Scott M. Grossman, Judge
United States Bankruptcy Court**

___

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division**
www.flsb.uscourts.gov

In re:                                                                   Case No. 21-18339-SMG
                                                                             Chapter 11

PATH MEDICAL HOLDINGS, INC.,

PATH MEDICAL, LLC,                                          Chapter 11
                                                                             Case No. 21-18338-SMG
          Debtors.                    ____/                        Jointly Administered under lead
                                                                             Case No. 21-18339-SMG

### ORDER JOINTLY ADMINISTERING CHAPTER 11 CASES

This matter came before the Court

[X] ex parte or ;

[ ] at a hearing on _____

on a motion filed pursuant to Bankruptcy Rule 1015 and Local Rule 1015-1(A)(2).

The cases identified in the caption of this order are pending in this Court by a debtor and an affiliate. It appears that these cases should be jointly administered as authorized under Bankruptcy Rule 1015 and Local Rule 1015-1.

Accordingly, it is

**ORDERED** that:

1. These cases shall be jointly administered. Case No. 21-18338-SMG is designated the "lead case".

2. A single case docket and court file will be maintained hereafter under the "lead case" number.

3. Pleadings filed in other than the lead case shall be captioned under the lead case name(s) and case number followed by the words "(Jointly Administered)"and beneath that caption, the case names and numbers for the cases in which the document is being filed. Claims filed shall indicate only the case name and number of the case in which the claim is asserted. Separate claims registers shall be maintained for each case. Ballots shall be styled and filed only in the case name and number of the member case for which the plan being voted on was filed.

4. The debtor-in-possession will not commingle assets or liabilities unless and until it is determined, after notice and hearing, that these cases involve the same debtor or that another ground exists to order substantive consolidation of these cases.

###

Submitted by:
Brett Lieberman, Esq.
Edelboim Lieberman Revah PLLC
20200 W. Dixie Highway, Suite 905
Aventura, FL 33180
Telephone: (305) 768-9909
Facsimile: (305) 928-1114

Copy furnished to:

Brett Lieberman, Esq., who is directed to serve a conformed copy of this order on all interested parties and file a certificate of service with the Court conforming with Local Rule 2002-1(F).