**Fill in this information to identify the case:**

Debtor name  **Path Medical Center Holdings, Inc.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  **21-18339-SMG**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          **12/15**

**Summary of Assets**

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*................................................................................................ $      **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................................. $      **387,000.00**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................................ $      **387,000.00**

**Part 2:** **Summary of Liabilities**

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $      **76,758,359.24**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $      **411,943.24**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$      **0.00**

4.  **Total liabilities** ............................................................................................................................
    Lines 2 + 3a + 3b          $      **77,170,302.48**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Path Medical Center Holdings, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    **21-18339-SMG**

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:     Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  **Bank United** | **Payroll Account** | 0718 | $10,000.00 |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
|---|---|
| | $10,000.00 |

**Part 2:     Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☑ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3:     Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ☐ No.  Go to Part 4.
   ☑ Yes Fill in the information below.

11.  **Accounts receivable**

| 11a. 90 days old or less: | 377,000.00 | - | 0.00 | = .... | $377,000.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| Debtor | **Path Medical Center Holdings, Inc.** | Case number *(if known)* **21-18339-SMG** |
|---|---|---|
| | Name | |

12.     **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$377,000.00

| Part 4: | **Investments** |
|---|---|

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

Current value of
debtor's interest

| Debtor | **Path Medical Center Holdings, Inc.** | Case number *(If known)* **21-18339-SMG** |
|---|---|---|
| | Name | |

**71.** **Notes receivable**
Description (include name of obligor)

**Approximately $15,000,000 note receivable due from Path Medical ESOP Trust and Plan**

**15,000,000.00** - **15,000,000.00** =
Total face amount         doubtful or uncollectible amount

**$0.00**

**72.** **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**73.** **Interests in insurance policies or annuities**

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

**Potential claims and causes of action against State Farm Insurance Co. and related entities sounding in equity, tort and on statutory basis.**

**Unknown**

Nature of claim
Amount requested                    **$0.00**

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76.** **Trusts, equitable or future interests in property**

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**Path Medical, LLC - 100% Ownership**                    **Unknown**

**78.** **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.                    **$0.00**

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Path Medical Center Holdings, Inc.**
Name

Case number *(If known)*  **21-18339-SMG**

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $10,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $377,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $387,000.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $387,000.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name   **Path Medical Center Holdings, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   **21-18339-SMG**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim**<br><br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.1 Alpine Funding, LLC**
Creditor's Name

**c/o Medley Capital, LLC**
**280 Park Avenue, 6th Floor East**
**New York, NY 10017**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$134,944.82**    Column B: **$40,618.66**

**2.2 Comvest Capital III, L.P.**
Creditor's Name

**c/o Comvest Partners**
**525 Okeechobee Blvd,**
**Suite 1050**
**West Palm Beach, FL 33401**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Column A: **$15,335,671.62**    Column B: **$4,622,088.15**

| Debtor | Path Medical Center Holdings, Inc. | Case number (if known) | 21-18339-SMG |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Medley Capital Corporation** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**c/ Medley Capital LLC
280 Park Avenue, 6th Floor East
New York, NY 10017**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Medley Capital LLC, as Agent** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**280 Park Avenue, 6th Floor East
New York, NY 10017**

Creditor's mailing address

**Comvest Capital III LP, Medley Credit Strategies (KOC) LLC, Medley Opportunity Fund III, LLP, Northport TRS LLC and Phenixfin Corporation, Sierra Income Corporation (the "Secured Lenders").**

**Describe the lien**
**Security agreements in favor of Agent and Secured Lenders**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**For Notice**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Medley Credit Strategies (KOC) LLC** | Describe debtor's property that is subject to a lien | $3,071,134.35 | $924,417.64 |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor **Path Medical Center Holdings, Inc.**
_____
Name

Case number (if known) **21-18339-SMG**

---

Creditor's Name

**c/o Medley Capital LLC
280 Park Avenue, 6th Floor
East
New York, NY 10017**
Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Medley Oppurtunity Fund III, LLP** | **Describe debtor's property that is subject to a lien** | **$7,736,494.50** | **$2,328,700.46** |
|---|---|---|---|---|

Creditor's Name

**c/o Medley Capital LLC
280 Park Avenue, 6th Floor
East
New York, NY 10017**
Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Northport TRS, LLC** | **Describe debtor's property that is subject to a lien** | **$15,355,671.62** | **$4,622,088.15** |
|---|---|---|---|---|

Creditor's Name

**c/o Medley Capital LLC
280 Park Avenue, 6th Floor
East
New York, NY 10017**
Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page 3 of 5

| Debtor | **Path Medical Center Holdings, Inc.** | | Case number (if known) | **21-18339-SMG** |
|---|---|---|---|---|
| | Name | | | |

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.8 | **Phenixfin Corporation** | Describe debtor's property that is subject to a lien | $15,112,744.95 | $4,548,966.73 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**445 Park Avenue**
**9th Floor**
**New York, NY 10022**
Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.9 | **Sierra Income Corporation** | Describe debtor's property that is subject to a lien | $20,011,697.38 | $6,023,561.30 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**c/o Medley Captial LLC**
**280 Park Avenue, 6th Floor**
**New York, NY 10017**
Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $76,758,359.24 |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Path Medical Center Holdings, Inc. | Case number (if known) | 21-18339-SMG |
|---|---|---|---|
| | Name | | |

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Davis Goldman, PLLC**<br>**1441 Brickell Ave**<br>**Sre 1400**<br>**Miami, FL 33131** | Line __2.4__ | |
| **Morgan, Lewis and Bockius, LLP**<br>**1717 Main Street, Suite 3200** | Line __2.4__ | |
| **Path Medical Center Holdings, Inc.**<br>**2304 W. Oakland Park Blvd**<br>**Fort Lauderdale, FL 33311** | Line __2.4__ | |
| **Proskauer Rose LLP**<br>**One International Place**<br>**Boston, MA 02110** | Line __2.3__ | |
| **Proskauer Rose LLP**<br>**One International Place**<br>**Boston, MA 02110** | Line __2.6__ | |
| **Proskauer Rose LLP**<br>**One International Place**<br>**Boston, MA 02110** | Line __2.9__ | |
| **Winston & Strawn LLP**<br>**333 South Grand Avenue, 38th Floor**<br>**Los Angeles, CA 90071** | Line __2.2__ | |
| **Winston & Strawn LLP**<br>**333 South Grand Avenue, 38th Floor**<br>**Los Angeles, CA 90071** | Line __2.7__ | |
| **Winston & Strawn LLP**<br>**333 South Grand Avenue, 38th Floor**<br>**Los Angeles, CA 90071** | Line __2.5__ | |
| **Winston & Strawn LLP**<br>**333 South Grand Avenue, 38th Floor**<br>**Los Angeles, CA 90071** | Line __2.1__ | |

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 5 of 5

<table>
<tr><td colspan="2" style="background:black;color:white">**Fill in this information to identify the case:**</td></tr>
<tr><td>Debtor name</td><td>**Path Medical Center Holdings, Inc.**</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>SOUTHERN DISTRICT OF FLORIDA</td></tr>
<tr><td>Case number (if known)</td><td>**21-18339-SMG**</td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,923.07 | $0.00 |
|---|---|---|---|---|
| | **Abreu,Lisa**<br>**5035 Gardens Drive**<br>**Orlando, FL 32812** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,575.00 | $0.00 |
|---|---|---|---|---|
| | **Acosta, Leidy**<br>**871 Ibis Walk Place North**<br>**Apt 2209**<br>**Saint Petersburg, FL 33716** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                     54762                     Best Case Bankruptcy

| Debtor | **Path Medical Center Holdings, Inc.** | Case number (if known) | **21-18339-SMG** |
|---|---|---|---|

Name

| | | | | |
|---|---|---|---|---|
| 2.3 | Priority creditor's name and mailing address **Aghili, Shoukoh 3037 N. Oakland Forest Club 102 Oakland Park, FL 33309** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $1,330.07 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim: **Wages** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.4 | Priority creditor's name and mailing address **Alcazar, Leonor E 2417 Funston St Hollywood, FL 33020** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $1,091.81 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim: **Wages** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.5 | Priority creditor's name and mailing address **Aldarondo, Shaida 408 NE 6th Street Unit 303 Fort Lauderdale, FL 33304** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $1,236.00 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim: **Wages** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.6 | Priority creditor's name and mailing address **Almendares, Missel 4779 Poseidon Place Lake Worth, FL 33463** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | $1,502.20 | $0.00 |
| | Date or dates debt was incurred | Basis for the claim: **Wages** | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? ■ No ☐ Yes | | |

| Debtor | **Path Medical Center Holdings, Inc.** | Case number (if known) | **21-18339-SMG** |
|---|---|---|---|

Name

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,105.22 | $0.00 |
|---|---|---|---|---|

**Alonso, Maria D**
**819 Southwest 27th Street**
**Fort Lauderdale, FL 33315**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,720.00 | $0.00 |
|---|---|---|---|---|

**Alvarez, Josue**
**1323 Dragon Head Drive**
**Valrico, FL 33594**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,271.08 | $0.00 |
|---|---|---|---|---|

**Arias, Elisa J**
**1377 W. 69th Street**
**Hialeah, FL 33014**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,468.80 | $0.00 |
|---|---|---|---|---|

**Armoza, Diana Catherine**
**Knollwood Street**
**Saint Cloud, FL 34773**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Path Medical Center Holdings, Inc.** | Case number (if known) | **21-18339-SMG** |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,846.15** | **$0.00** |
|---|---|---|---|---|

**Atler, Denise L**
**2142 NW 85 Lane**
**Coral Springs, FL 33071**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Attorney General**
**U.S. Department of Justice**
**950 Pennsylvania Avenue, N.W.**
**Washington, DC 20530**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$562.51** | **$0.00** |
|---|---|---|---|---|

**Aviles-Velazquez, Stephanie Marie**
**31236 Bridgegate Drive**
**Wesley Chapel, FL 33545**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,240.70** | **$0.00** |
|---|---|---|---|---|

**Bailey, Lisa**
**404 N.W. 5th Terr.**
**Hallandale Beach, FL 33009**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Path Medical Center Holdings, Inc.** | Case number (if known) | **21-18339-SMG** |
|---|---|---|---|
| | Name | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$56.00** | $0.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address

**Baille, Melila**
**2652 Carambola**
**Cir N unit 1**
**Coconut Creek, FL 33066**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.16 | | | **$1,339.00** | $0.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address

**Baldaras Saldierna, Irene**
**1007 King Street**
**Plant City, FL 33563**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.17 | | | **$1,426.40** | $0.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address

**Barreiro, Joshua A**
**201 Terrace Ridge Circle**
**Davenport, FL 33896**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.18 | | | **$1,109.92** | $0.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address

**Barzaga, Anny Lisney**
**13881 Northwest 238th Street**
**High Springs, FL 32643**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Path Medical Center Holdings, Inc.** | Case number *(if known)* | **21-18339-SMG** |
|---|---|---|---|
| | Name | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,133.92 | $0.00 |
|---|---|---|---|---|
| | **Bien Aime, Junie** | *Check all that apply.* | | |
| | **1755 NE 164st** | ☐ Contingent | | |
| | **Apt 113** | ☐ Unliquidated | | |
| | **Miami, FL 33162** | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $960.00 | $0.00 |
|---|---|---|---|---|
| | **Binet Rosario, Nelly** | *Check all that apply.* | | |
| | **4910 NW 11th Court** | ☐ Contingent | | |
| | **Fort Lauderdale, FL 33313** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,184.00 | $0.00 |
|---|---|---|---|---|
| | **Blackwood, Delisha Torlse** | *Check all that apply.* | | |
| | **2760 NW 164th Street** | ☐ Contingent | | |
| | **Miami Gardens, FL 33054** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,009.68 | $0.00 |
|---|---|---|---|---|
| | **Blake, Cadeen** | *Check all that apply.* | | |
| | **6531 SW 10th St** | ☐ Contingent | | |
| | **North Lauderdale, FL 33068** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages** |

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No |
| | ☐ Yes |

| Debtor | **Path Medical Center Holdings, Inc.** | Case number (if known) | **21-18339-SMG** |
|---|---|---|---|
| | Name | | |

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $949.96 | $0.00 |
|---|---|---|---|---|
| | **Bonet, Rosa**<br>**6161 Northwest 2nd Avenue**<br>**#223**<br>**Boca Raton, FL 33487** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,692.30 | $0.00 |
|---|---|---|---|---|
| | **Bonnardel, Neil S**<br>**18981 Sw 32 St**<br>**Miramar, FL 33029** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $901.80 | $0.00 |
|---|---|---|---|---|
| | **Brewton, Nichole**<br>**5880 Clydesdale Court**<br>**Davie, FL 33314** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,538.46 | $0.00 |
|---|---|---|---|---|
| | **Brooks, Robin D**<br>**146 Laurel Way**<br>**1B**<br>**Herndon, VA 20170** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Path Medical Center Holdings, Inc.** | Case number (if known) | **21-18339-SMG** |
|---|---|---|---|
| | Name | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $752.70 | $0.00 |
|---|---|---|---|---|

**Cabreja, Melanie**
**920 Woodside Circle**
**Apt A**
**Kissimmee, FL 34741**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,807.69 | $0.00 |
|---|---|---|---|---|

**Cadet, Marene**
**2781 Ocean Club Blvd.**
**Apt. 106**
**Hollywood, FL 33019**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,181.40 | $0.00 |
|---|---|---|---|---|

**Callen, Norma**
**3218 NW 23rd Ave**
**Miami, FL 33142**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,320.00 | $0.00 |
|---|---|---|---|---|

**Calvo, Maria A**
**3921 East 9th Lane**
**Hialeah, FL 33013**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | Path Medical Center Holdings, Inc. | Case number (if known) | 21-18339-SMG |
|--------|-------------------------------------|------------------------|--------------|
|        | Name                                |                        |              |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,095.50 | $0.00 |
|------|----------------------------------------------|-----------------------------------------------|-----------|-------|

**Campbell, Christena**
**19500 NW 12th Ave**
**Miami, FL 33169**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,145.43 | $0.00 |
|------|----------------------------------------------|-----------------------------------------------|-----------|-------|

**Cantu, Eduardo**
**6901 Indian Creek Dr**
**Apt. 7**
**Miami Beach, FL 33141**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $912.80 | $0.00 |
|------|----------------------------------------------|-----------------------------------------------|---------|-------|

**Capaz, Neysa**
**295 NW 72nd Ave**
**Apartment 407**
**Miami, FL 33126**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,593.55 | $0.00 |
|------|----------------------------------------------|-----------------------------------------------|-----------|-------|

**Capezza, Victoria**
**12230 Legacy Bright Street**
**Riverview, FL 33578**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Path Medical Center Holdings, Inc.** | Case number *(if known)* | **21-18339-SMG** |
|---|---|---|---|

| | Name | | |

---

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,021.50** | **$0.00** |
|---|---|---|---|---|

**Cardoso Lopes, Jarbas Felipe**
**5644 Blue Shadows Court**
**Orlando, FL 32811**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$870.00** | **$0.00** |
|---|---|---|---|---|

**Carlin, Dalanie**
**791 N. Pine Island Road**
**#212**
**Fort Lauderdale, FL 33324**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,000.00** | **$0.00** |
|---|---|---|---|---|

**Carlin, Patricia**
**1137 SE 6th Ave**
**Dania, FL 33004**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,523.12** | **$0.00** |
|---|---|---|---|---|

**Castillo Padilla, Rosendo**
**451 nw 7 st**
**apt. 206**
**Miami, FL 33136**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Path Medical Center Holdings, Inc.** | Case number (if known) | **21-18339-SMG** |
|---|---|---|---|
| | Name | | |

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,307.69** | $0.00 |
|---|---|---|---|---|
| | **Chavarria, Rommel**<br>**2890 W 71st St**<br>**Hialeah, FL 33018** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,172.73** | $0.00 |
|---|---|---|---|---|
| | **Cherian, Joseph**<br>**15444 Montesino Drive**<br>**Orlando, FL 32828** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$546.60** | $0.00 |
|---|---|---|---|---|
| | **Chukes, Jimeria**<br>**1128 Fennel Green Drive**<br>**Seffner, FL 33584** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,909.58** | $0.00 |
|---|---|---|---|---|
| | **Clarke, Leigh R**<br>**2501 Riverside Drive**<br>**APT 309**<br>**Coral Springs, FL 33065** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Path Medical Center Holdings, Inc.** | Case number (if known) | **21-18339-SMG** |
|---|---|---|---|
| | Name | | |

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $412.83 | $0.00 |
|---|---|---|---|---|

**Claro Cisnero, Mirtha**
**7630 Cayuga Dr**
**New Port Richey, FL 34653**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,347.00 | $0.00 |
|---|---|---|---|---|

**Cockren, Lissette**
**330 S.W. 97th Ave.**
**Pembroke Pines, FL 33025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,231.23 | $0.00 |
|---|---|---|---|---|

**Connor, Lyron G**
**1716 SW 10th st.**
**Fort Lauderdale, FL 33312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,640.00 | $0.00 |
|---|---|---|---|---|

**Cordero, Crystal**
**725 Crest Pines Dr**
**Apt 417**
**Orlando, FL 32828**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Path Medical Center Holdings, Inc.** | Case number *(if known)* | **21-18339-SMG** |
|---|---|---|---|
| | Name | | |

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,082.08 | $0.00 |
|---|---|---|---|---|

**Core Tossona , Danielle N**
**16724 Southwest 10th Street**
**Pembroke Pines, FL 33027**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,067.22 | $0.00 |
|---|---|---|---|---|

**Creighton, Shenequa**
**1219 S Dixie Hwy W**
**Apt 207**
**Pompano Beach, FL 33060**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $343.60 | $0.00 |
|---|---|---|---|---|

**Crespo, Aneika M**
**4831 Sw 193 Lane**
**Southwest Ranches, FL 33332**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,441.52 | $0.00 |
|---|---|---|---|---|

**Cruz Gonzalez, Victor**
**3702 Windham Dr**
**Holiday, FL 34691**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Path Medical Center Holdings, Inc.** | | Case number (if known) | **21-18339-SMG** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,461.53 | $0.00 |
|---|---|---|---|---|

**Curtis, Lance**
**11509 Southwest 15th Street**
**Hollywood, FL 33025**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,892.30 | $0.00 |
|---|---|---|---|---|

**D'Alesio, Ann Elizabeth**
**614 NE 2nd Place**
**Dania, FL 33004**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,611.20 | $0.00 |
|---|---|---|---|---|

**Da Silva Borges, Sergio**
**1019 South Hiawasee Road**
**Apt#3812**
**Orlando, FL 32835**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,131.68 | $0.00 |
|---|---|---|---|---|

**Dattus, Sheila**
**111 Sw 4th Ave #9**
**Pompano Beach, FL 33060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Path Medical Center Holdings, Inc.** | Case number (if known) | **21-18339-SMG** |
| | Name | | |

| | | | |
|---|---|---|---|
| **2.55** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $941.16     $0.00 |
| | **Dawkins, Christina Venetta**<br>**610 Northwest 2nd Avenue**<br>**Hallandale Beach, FL 33009** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **2.56** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,197.85     $0.00 |
| | **De La Paz, Iris**<br>**3305 W Aileen St**<br>**Tampa, FL 33607** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **2.57** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,323.44     $0.00 |
| | **Delgado Cheong, Dania**<br>**3702 Windham Dr**<br>**Holiday, FL 34691** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| | | | |
|---|---|---|---|
| **2.58** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00     $0.00 |
| | **Department of Treasury**<br>**Internal Revenue Service**<br>**Kansas City, MO 64999** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice Only** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | |

| Debtor | **Path Medical Center Holdings, Inc.** | Case number *(if known)* | **21-18339-SMG** |
|---|---|---|---|
| | Name | | |

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,500.00** | **$0.00** |
|---|---|---|---|---|
| | **Diaz, Elisa**<br>**6261 SW 24th Place**<br>**Unit 306**<br>**Davie, FL 33314** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,111.77** | **$0.00** |
|---|---|---|---|---|
| | **Djebelli, Jahan**<br>**3245 Virginia St**<br>**Apt 57**<br>**Miami, FL 33133** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$731.22** | **$0.00** |
|---|---|---|---|---|
| | **Doctor, Antionesia**<br>**3700 Oakland Preserve Way**<br>**APT. 5304**<br>**Oakland Park, FL 33334** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$923.08** | **$0.00** |
|---|---|---|---|---|
| | **Douglas, Ebony Lynn**<br>**1200 Via Lugano Circle**<br>**Apt. 211**<br>**Boynton Beach, FL 33436** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Path Medical Center Holdings, Inc.** | Case number (if known) | **21-18339-SMG** |
|---|---|---|---|
| | Name | | |

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,271.92 | $0.00 |
|---|---|---|---|---|

**Dyges, Anthony**
**231 Northwest 47th Avenue**
**Plantation, FL 33317**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,098.58 | $0.00 |
|---|---|---|---|---|

**Eapen, Geogith**
**11226 Southwest 56th Circle**
**Fort Lauderdale, FL 33330**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,769.23 | $0.00 |
|---|---|---|---|---|

**Emmenecker, Andrew Charles**
**1108 Bartow Road**
**Apt j114**
**Lakeland, FL 33801**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,069.64 | $0.00 |
|---|---|---|---|---|

**Etienne, Felicia**
**1120 Northwest 147th Street**
**Miami, FL 33168**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Path Medical Center Holdings, Inc.** | | Case number *(if known)* | **21-18339-SMG** |
|---|---|---|---|---|
| | Name | | | |

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,369.01 | $0.00 |
|---|---|---|---|---|

**Faez, Candida L**
**7602 W Henry Ave**
**Tampa, FL 33615**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Wages** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,014.72 | $0.00 |
|---|---|---|---|---|

**Farrington, Taneisha**
**2403 South 25th Street**
**#111**
**Fort Pierce, FL 34981**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Wages** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $694.40 | $0.00 |
|---|---|---|---|---|

**Fernandez, Akralys Veronica**
**6822 N. Clark**
**Tampa, FL 33614**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Wages** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $930.02 | $0.00 |
|---|---|---|---|---|

**Fernandez, Andre**
**2160 Denny Court**
**Boca Raton, FL 33486**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Wages** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

Schedule E/F: Creditors Who Have Unsecured Claims

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Path Medical Center Holdings, Inc.** | Case number (if known) | **21-18339-SMG** |
|---|---|---|---|
| | Name | | |

---

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $824.00 | $0.00 |
|---|---|---|---|---|

**Fernandez, Christian**
**9696 Hollyhill Drive**
**Orlando, FL 32824**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.72 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,087.50 | $0.00 |
|---|---|---|---|---|

**Fernandez, Judith**
**4050 Southwest 136th Avenue**
**Miramar, FL 33027**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.73 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,384.62 | $0.00 |
|---|---|---|---|---|

**Fernandez, Manuel A**
**2160 Denny Court**
**Boca Raton, FL 33486**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.74 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,024.98 | $0.00 |
|---|---|---|---|---|

**Ferreras, Gabriel**
**6011 Nw 42nd Ave**
**Coconut Creek, FL 33073**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Path Medical Center Holdings, Inc.** | Case number (if known) | **21-18339-SMG** |
|---|---|---|---|
| | Name | | |

| 2.75 | Priority creditor's name and mailing address<br>**Fiacco, Melissa L**<br>**11136 Meridian Dr N**<br>**Parkland, FL 33076** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$11,538.46** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.76 | Priority creditor's name and mailing address<br>**Fiacco, Olivia L**<br>**11136 Meridian Drive North**<br>**Parkland, FL 33076** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$216.70** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.77 | Priority creditor's name and mailing address<br>**Fiacco, Priscilla L**<br>**11136 Meridian Dr N**<br>**Parkland, FL 33076** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$200.62** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.78 | Priority creditor's name and mailing address<br>**Firpi, Maria Emily**<br>**7001 NW 16th St**<br>**Apt A-406**<br>**Plantation, FL 33313** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,657.58** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Path Medical Center Holdings, Inc.** | Case number *(if known)* | **21-18339-SMG** |
|---|---|---|---|
| | Name | | |

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$706.58** | **$0.00** |
|---|---|---|---|---|
| | **Fleurent, Marie** | *Check all that apply.* | | |
| | **4201 NW 34th Street** | ☐ Contingent | | |
| | **#415** | ☐ Unliquidated | | |
| | **Fort Lauderdale, FL 33319** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Wages** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|
| | **Florida Department of Revenue** | *Check all that apply.* | | |
| | **P.O. Box 6668** | ☐ Contingent | | |
| | **Tallahassee, FL 32314** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **For Information Purposes** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| 2.81 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,073.93** | **$0.00** |
|---|---|---|---|---|
| | **Forrest-Thomas, Brenda** | *Check all that apply.* | | |
| | **404 Northwest 9th Avenue** | ☐ Contingent | | |
| | **Pompano Beach, FL 33060** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Wages** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| 2.82 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$295.05** | **$0.00** |
|---|---|---|---|---|
| | **Franco Sterling, Alberto E.** | *Check all that apply.* | | |
| | **6415 Camellia Garden Dr** | ☐ Contingent | | |
| | **Apt. 107** | ☐ Unliquidated | | |
| | **Orlando, FL 32822** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: <br> **Wages** | | |
| | Last 4 digits of account number <br> Specify Code subsection of PRIORITY <br> unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset? <br> ■ No <br> ☐ Yes | | |

| Debtor | **Path Medical Center Holdings, Inc.** | Case number (if known) | **21-18339-SMG** |
|--------|-----|-----|-----|
| | Name | | |

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,171.68 | $0.00 |
|------|-----|-----|-----|-----|
| | **Francois Paul, Marie M**<br>**8261 V a Di Veneto**<br>**Boca Raton, FL 33496** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.84 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,923.08 | $0.00 |
|------|-----|-----|-----|-----|
| | **Frias, Lynette I**<br>**3596 Vega Creek Drive**<br>**St. Cloud, FL 34772** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.85 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,615.28 | $0.00 |
|------|-----|-----|-----|-----|
| | **Fuerte, Raul**<br>**209 Nw 109 Ave #407**<br>**Miami, FL 33172** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.86 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,461.54 | $0.00 |
|------|-----|-----|-----|-----|
| | **Fye, Kelly**<br>**2813 SW 2nd Ct**<br>**Fort Lauderdale, FL 33312** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Path Medical Center Holdings, Inc.** | Case number (if known) | **21-18339-SMG** |
|---|---|---|---|
| | Name | | |

| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,071.30 | $0.00 |
|---|---|---|---|---|
| | **Garcia Alvarez, Ahimed**<br>**6014 Lake Underhill Road**<br>**Orlando, FL 32807** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.88 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,552.80 | $0.00 |
|---|---|---|---|---|
| | **Garcia Bondani, Carlos Alejandro**<br>**10706 Savannah Wood Court**<br>**Orlando, FL 32832** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.89 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,093.12 | $0.00 |
|---|---|---|---|---|
| | **Gedeon, Iderlia**<br>**6337 NW 24 Court**<br>**Margate, FL 33063** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.90 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,153.27 | $0.00 |
|---|---|---|---|---|
| | **Gomez, Aracely**<br>**18440 Cayman St**<br>**Eustis, FL 32736** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Path Medical Center Holdings, Inc.** | Case number (if known) | **21-18339-SMG** |
|---|---|---|---|
| | Name | | |

| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,307.69 | $0.00 |
|---|---|---|---|---|

**Gomez, Fernando Martin**
**910 Coral Ridge Drive**
**#203**
**Coral Springs, FL 33071**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.92 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,984.22 | $0.00 |
|---|---|---|---|---|

**Gonzalez Garay, Dulce Maria**
**10550 West State Road 84**
**Lot 359**
**Davie, FL 33324**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.93 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,295.58 | $0.00 |
|---|---|---|---|---|

**Gonzalez, Arnaldo**
**10985 SW 107 Street**
**Apt 308**
**Miami, FL 33176**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.94 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,730.58 | $0.00 |
|---|---|---|---|---|

**Gonzalez, Ashley**
**4601 Northwest 42nd Street**
**Lauderdale Lakes, FL 33319**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Path Medical Center Holdings, Inc.** | Case number (if known) | **21-18339-SMG** |
|---|---|---|---|
| | Name | | |

| 2.95 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,461.54** | $0.00 |
|---|---|---|---|---|

**Gonzalez, George**
**1301 W Branch St**
**Lantana, FL 33462**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Wages** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.96 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,785.92** | $0.00 |
|---|---|---|---|---|

**Gonzalez, Gisette**
**1190 Muzano Street**
**Apt B-401**
**Kissimmee, FL 34741**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Wages** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.97 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$463.06** | $0.00 |
|---|---|---|---|---|

**Gracia, Tamara**
**425 Sinbad Avenue**
**Port Saint Lucie, FL 34952**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Wages** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.98 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,736.50** | $0.00 |
|---|---|---|---|---|

**Granda, Angel Enrique**
**1700 Azalea Ct**
**Apt. A**
**Oldsmar, FL 34677**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Wages** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Path Medical Center Holdings, Inc.** | Case number (if known) | **21-18339-SMG** |
|---|---|---|---|
| | Name | | |

---

| 2.99 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,690.01** | $0.00 |
|---|---|---|---|---|
| | **Guerra Mora, Sander**<br>**9125 Southwest 77th Avenue**<br>**Apto A206**<br>**Miami, FL 33156** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$983.94** | $0.00 |
|---|---|---|---|---|
| | **Guevara, Maria Milagros**<br>**818 Dundee Drive**<br>**Winter Springs, FL 32708** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,192.94** | $0.00 |
|---|---|---|---|---|
| | **Guillaume, Enide**<br>**4158 Inverrary Dr**<br>**Apt 408**<br>**Lauderhill, FL 33319** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$962.64** | $0.00 |
|---|---|---|---|---|
| | **Hankerson, Arlene**<br>**18932 NW 27th Avenue**<br>**Apt 309**<br>**Miami Gardens, FL 33056** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Path Medical Center Holdings, Inc.** | Case number (if known) | **21-18339-SMG** |
|---|---|---|---|
| | Name | | |

| 2.103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,191.40** | **$0.00** |
|---|---|---|---|---|
| | **Hargrett, Latoya L** | Check all that apply. | | |
| | **11684 Sanderling Drive** | ☐ Contingent | | |
| | **Wellington, FL 33414** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.104 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$868.66** | **$0.00** |
|---|---|---|---|---|
| | **Harris, Elease** | Check all that apply. | | |
| | **701 NW 2nd Terr** | ☐ Contingent | | |
| | **Deerfield Beach, FL 33441** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.105 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,000.00** | **$0.00** |
|---|---|---|---|---|
| | **Henderson, Karla Michelle** | Check all that apply. | | |
| | **2217 Chapin Street** | ☐ Contingent | | |
| | **Tampa, FL 33605** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.106 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$252.22** | **$0.00** |
|---|---|---|---|---|
| | **Hernandez, Ana** | Check all that apply. | | |
| | **14576 Laguna Beach** | ☐ Contingent | | |
| | **Orlando, FL 32824** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | **Path Medical Center Holdings, Inc.** | Case number (if known) | **21-18339-SMG** |
|---|---|---|---|
| | Name | | |

| 2.107 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,111.32** | **$0.00** |
|---|---|---|---|---|

**Hernandez, Liana**
**2674 Franklin Drive**
**Fort Lauderdale, FL 33311**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.108 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$916.44** | **$0.00** |
|---|---|---|---|---|

**Hernandez, Mia Angela**
**2910 NE 53rd Terrace**
**Margate, FL 33063**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.109 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$753.60** | **$0.00** |
|---|---|---|---|---|

**Hinkel, Reba R**
**301 NW 50th St**
**Pompano Beach, FL 33064**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.110 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency Operation**
**Post Office Box 7346**
**Philadelphia, PA 19101-7346**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Path Medical Center Holdings, Inc.** | | Case number (if known) | **21-18339-SMG** |
|---|---|---|---|---|
| | Name | | | |

---

**2.111** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00**

**Internal Revenue Service**
**Centralized Insolvency Operation**
**Post Office Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.112** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00**

**Internal Revenue Service**
**P.o. Box 21126**
**Philadelphia, PA 19114**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.113** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,093.82** | **$0.00**

**Ireland, Beverley A**
**3445 Pinewalk Drive North**
**Apt 208**
**Margate, FL 33063**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.114** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,502.82** | **$0.00**

**Irizarry, Jose Angel**
**5075 Ernst Court**
**Orlando, FL 32819**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | Path Medical Center Holdings, Inc. | Case number (if known) | 21-18339-SMG |
|---|---|---|---|
| | Name | | |

| 2.115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,352.80 | $0.00 |
|---|---|---|---|---|

**Izquierdo, Madelaine**
**18678 NW 77th Place**
**Hialeah, FL 33015**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.116 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $970.80 | $0.00 |
|---|---|---|---|---|

**Jackson, Tamara**
**1470 Northwest 55th Avenue**
**Lauderhill, FL 33313**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.117 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,181.16 | $0.00 |
|---|---|---|---|---|

**Jamieson, Cory**
**3113 Cortez Rd W**
**Lot 74**
**Bradenton, FL 34207**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.118 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,659.10 | $0.00 |
|---|---|---|---|---|

**Janvier, Louis**
**1448 Herring Lane**
**Clermont, FL 34714**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Path Medical Center Holdings, Inc.** | Case number (if known) | **21-18339-SMG** |
|---|---|---|---|
| | Name | | |

| 2.119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,248.48** | $0.00 |
|---|---|---|---|---|
| | **Jenkins, Jarae**<br>**15741 Northwest 17th Court**<br>**Opa-locka, FL 33054** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.120 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,063.58** | $0.00 |
|---|---|---|---|---|
| | **Johnson, Shineta Twana**<br>**1510 Northwest 12th Avenue**<br>**Fort Lauderdale, FL 33311** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.121 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,632.85** | $0.00 |
|---|---|---|---|---|
| | **Jones, Valecia**<br>**1813 Meridel Ave**<br>**Tampa, FL 33612** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.122 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,663.85** | $0.00 |
|---|---|---|---|---|
| | **Jorge Hernandez, Violeta**<br>**6950 Sw 3rd Street**<br>**Pembroke Pines, FL 33023** | | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Path Medical Center Holdings, Inc.** | Case number (if known) | **21-18339-SMG** |
|---|---|---|---|
| | Name | | |

| 2.123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$2,080.96** | $0.00 |
|---|---|---|---|---|
| | **Jose, Emmanuel**<br>**4681 Sable Pine Cir**<br>**Unit D1**<br>**West Palm Beach, FL 33417** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.124 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$560.18** | $0.00 |
|---|---|---|---|---|
| | **Keller, Kristi**<br>**4225 Cypress Dr**<br>**Saint Cloud, FL 34772** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.125 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$371.25** | $0.00 |
|---|---|---|---|---|
| | **Kelley, Ashtyn**<br>**3410 Pinewalk Drive North**<br>**827**<br>**Margate, FL 33063** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.126 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | **$1,254.34** | $0.00 |
|---|---|---|---|---|
| | **Kerr, Stephane J**<br>**800 Sw 64 Terr North**<br>**Lauderdale, FL 33068** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Path Medical Center Holdings, Inc. | Case number (if known) | 21-18339-SMG |
|---|---|---|---|
| | Name | | |

| 2.127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $885.95 | $0.00 |
|---|---|---|---|---|

**Kurtic, Aldijana**
**4350 82nd Avenue North**
**Pinellas Park, FL 33781**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.128 | Priority creditor's name and mailing address | | $760.00 | $0.00 |
|---|---|---|---|---|

**Letchworth, Tabitha**
**3615 Wayne Road**
**Lakeland, FL 33810**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.129 | Priority creditor's name and mailing address | | $3,846.15 | $0.00 |
|---|---|---|---|---|

**Lewin, Karl**
**941 Framlingham Ct**
**APT 103**
**Lake Mary, FL 32746**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.130 | Priority creditor's name and mailing address | | $1,136.15 | $0.00 |
|---|---|---|---|---|

**Ling, Kimberly J**
**1650 NW 27th Avenue**
**Fort Lauderdale, FL 33311**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Path Medical Center Holdings, Inc.** | Case number (if known) | **21-18339-SMG** |
|---|---|---|---|
| | Name | | |

| 2.131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $899.60 | $0.00 |
|---|---|---|---|---|
| | **Lopexdevictoria, Cynthia Altelia**<br>**5099 Elmnurst Road**<br>**West Palm Beach, FL 33417** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.132 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $791.05 | $0.00 |
|---|---|---|---|---|
| | **Lopez, Erin Albon**<br>**2598 South Conway Road**<br>**APT 1311**<br>**Orlando, FL 32812** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.133 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,354.07 | $0.00 |
|---|---|---|---|---|
| | **Lopez, Johanna M**<br>**1271 Nw 31st Street**<br>**Miami, FL 33142** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.134 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,398.40 | $0.00 |
|---|---|---|---|---|
| | **Lopez, Yennifer**<br>**121 Snapdragon court**<br>**Kissimmee, FL 34743** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Path Medical Center Holdings, Inc.** | Case number *(if known)* | **21-18339-SMG** |
|--------|----------------------------------------|--------------------------|------------------|
|        | Name |  |  |

| 2.135 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,933.84** | $0.00 |
|-------|----------------------------------------------|-----------------------------------------------|---------------|-------|

**Lossen, Samantha**
**5715 Harrison St**
**Hollywood, FL 33023**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.136 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,151.20** | $0.00 |
|-------|----------------------------------------------|-----------------------------------------------|---------------|-------|

**Manfredonia, Michael Joseph**
**1005 NW 67th Avenue**
**Margate, FL 33063**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.137 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,380.40** | $0.00 |
|-------|----------------------------------------------|-----------------------------------------------|---------------|-------|

**Manzanilla, Marisela O**
**6953 Pines Circle**
**Coconut Creek, FL 33073**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.138 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,913.46** | $0.00 |
|-------|----------------------------------------------|-----------------------------------------------|---------------|-------|

**Markevich, Alexander**
**400 NE 12 ave**
**Apt. 704**
**Hallandale, FL 33009**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Path Medical Center Holdings, Inc.** | Case number (if known) | **21-18339-SMG** |
|---|---|---|---|
| | Name | | |

---

| 2.139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,384.62 | $0.00 |
|---|---|---|---|---|

**Martin, Bradford**
**920 Greenbriar Drive**
**Boynton Beach, FL 33435**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.140 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,461.54 | $0.00 |
|---|---|---|---|---|

**Martin, Christina E**
**5318 Anhinga Trail**
**New Port Richey, FL 34653**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.141 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,037.48 | $0.00 |
|---|---|---|---|---|

**Martinez, Elias**
**9291 E Bay Harbor Drive**
**Apartment 5A**
**Bal Harbor island, FL 33154**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.142 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,244.10 | $0.00 |
|---|---|---|---|---|

**Martinez, Jose Vladimir**
**2315 N. Congress Avenue**
**Apt. 27**
**Boynton Beach, FL 33426**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Path Medical Center Holdings, Inc.** | Case number (if known) | **21-18339-SMG** |
|---|---|---|---|
| | Name | | |

| 2.143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,013.93 | $0.00 |
|---|---|---|---|---|

**Martinez, Lee-Jeannette**
**5411 Mayo St**
**Hollywood, FL 33021**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.144 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,368.74 | $0.00 |
|---|---|---|---|---|

**Martinez, Victoria**
**2409 Tracy Lane**
**Deltona, FL 32738**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.145 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $464.00 | $0.00 |
|---|---|---|---|---|

**Martinez, Wendy E**
**828 NW 58th St**
**Miami, FL 33127**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.146 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $988.03 | $0.00 |
|---|---|---|---|---|

**McBride, Precious Nicole**
**720 N.W 15th Terrace**
**Fort Lauderdale, FL 33311**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Path Medical Center Holdings, Inc.** | Case number (if known) | **21-18339-SMG** |
|---|---|---|---|
| | Name | | |

| 2.147 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,036.70** | $0.00 |
|---|---|---|---|---|

**Mccant, Alicia**
**5255 Cinderlane Parkway**
**Apt. 249**
**Orlando, FL 32808**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.148 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,296.85** | $0.00 |
|---|---|---|---|---|

**McEwen, Darleen K**
**3577 Cocoplum Circle**
**Coconut Creek, FL 33063**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.149 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,000.00** | $0.00 |
|---|---|---|---|---|

**McEwen, Monica A**
**3170 Coral Way**
**Apt. 1002**
**Miami, FL 33145**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.150 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,846.15** | $0.00 |
|---|---|---|---|---|

**McKnight, Alandra A**
**3504 Sprite Lane**
**St. Cloud, FL 34772**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Wages** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Path Medical Center Holdings, Inc.** | Case number (if known) | **21-18339-SMG** |
| --- | --- | --- | --- |
| | Name | | |

| 2.151 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,157.28 | $0.00 |
| --- | --- | --- | --- | --- |

**Meneses Tohalino, Lizbeth J**
**3120 West Hallandale Beach Bou**
**# 614**
**Hallandale Beach, FL 33009**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.152 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $895.82 | $0.00 |
| --- | --- | --- | --- | --- |

**Menjivar, Ana G**
**8208 Nw 74th Terr**
**Tamarac, FL 33321**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.153 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,000.00 | $0.00 |
| --- | --- | --- | --- | --- |

**Mesa, Andres**
**13922 Magnolia Ridge Loop**
**Winter Garden, FL 34787**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.154 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,232.14 | $0.00 |
| --- | --- | --- | --- | --- |

**Miranda-Rueda, Raquel**
**247 St Cloud Village Ct**
**#102**
**Kissimmee, FL 34744**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Path Medical Center Holdings, Inc.** | Case number (if known) | **21-18339-SMG** |
|---|---|---|---|
| | Name | | |

| 2.155 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,361.58 | $0.00 |
|---|---|---|---|---|
| | **Mobley, Jerome**<br>**1402 Robin Ct.**<br>**Longwood, FL 32750** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.156 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,159.50 | $0.00 |
|---|---|---|---|---|
| | **Mojica, Jazmine**<br>**11433 Royal Palm Boulevard**<br>**Coral Springs, FL 33065** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.157 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,084.75 | $0.00 |
|---|---|---|---|---|
| | **Mojica, Jiamaryliz Delcarmen**<br>**350 24th Street NW #108C**<br>**Winter Haven, FL 33880** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.158 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,298.85 | $0.00 |
|---|---|---|---|---|
| | **Molina, Yuleidy**<br>**2900 Nw 100 St**<br>**Miami, FL 33147** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | **Path Medical Center Holdings, Inc.** | Case number (if known) | **21-18339-SMG** |
|---|---|---|---|
| | Name | | |

| 2.159 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Monestime, Jeanine H** | Check all that apply. | | |
| | **1175 Northwest 110th Street** | ☐ Contingent | | |
| | **Miami, FL 33168** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Notice only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.160 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,209.88 | $0.00 |
|---|---|---|---|---|
| | **Montalvo, Amanda** | Check all that apply. | | |
| | **4938 Elon Crescent** | ☐ Contingent | | |
| | **Lakeland, FL 33810** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.161 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,230.76 | $0.00 |
|---|---|---|---|---|
| | **Montalvo, Rosa** | Check all that apply. | | |
| | **6460 Scott St** | ☐ Contingent | | |
| | **Hollywood, FL 33024** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.162 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $993.75 | $0.00 |
|---|---|---|---|---|
| | **Morales, Yeseny Y** | Check all that apply. | | |
| | **2500 N 26th Terrace** | ☐ Contingent | | |
| | **Hollywood, FL 33020** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | **Path Medical Center Holdings, Inc.** | Case number (if known) | **21-18339-SMG** |
|---|---|---|---|
| | Name | | |

| 2.163 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $935.55 | $0.00 |
|---|---|---|---|---|
| | **Munroe, Tamika Allison**<br>**4200 NW 3rd ct**<br>**unit 311**<br>**plantation, FL 33317** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.164 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,230.77 | $0.00 |
|---|---|---|---|---|
| | **Murphy, Cristin**<br>**4355 Corporate Ave**<br>**Apt 176**<br>**Lakeland, FL 33809** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.165 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $4,230.76 | $0.00 |
|---|---|---|---|---|
| | **Nahmany, Stacey**<br>**8302 Southwest 20th Street**<br>**North Lauderdale, FL 33068** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.166 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $4,961.53 | $0.00 |
|---|---|---|---|---|
| | **Nicoletti, Brian**<br>**7026 Chatum Light Run**<br>**Bradenton, FL 34212** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| Debtor | **Path Medical Center Holdings, Inc.** | Case number (if known) | **21-18339-SMG** |
|---|---|---|---|
| | Name | | |

| 2.167 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,435.18 | $0.00 |
|---|---|---|---|---|

**Nidetz, Andrew M**
**1301 NE Miami Gardens Dr #911**
**Miami, FL 33179**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.168 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,692.30 | $0.00 |
|---|---|---|---|---|

**Nixon, Janelle**
**7551 Viscaya Circle**
**Margate, FL 33063**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.169 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Norvelus, Naderge**
**711 Southwest 76th Avenue**
**North Lauderdale, FL 33068**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.170 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00 | $0.00 |
|---|---|---|---|---|

**O'Shaughnessy, John W**
**13444 Fordwell Drive**
**Orlando, FL 32828**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Path Medical Center Holdings, Inc.** | Case number (if known) | **21-18339-SMG** |
|---|---|---|---|

Name

| 2.171 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,576.92 | $0.00 |
|---|---|---|---|---|

**Oliveros, Silvana P**
**3121 SW 64 Terrace**
**Miramar, FL 33023**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.172 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,403.35 | $0.00 |
|---|---|---|---|---|

**Orelus, Nancy**
**6424 Southwest 20th Court**
**Miramar, FL 33023**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.173 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,663.20 | $0.00 |
|---|---|---|---|---|

**Osias, Anne C**
**650 NE 149th St apt110A**
**North Miami, FL 33161**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.174 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,414.00 | $0.00 |
|---|---|---|---|---|

**Otero, Tasha Daniella**
**4689 King Cole Blvd**
**1200 W Holden Ave**
**Orlando, FL 32811**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Path Medical Center Holdings, Inc.** | Case number (if known) | **21-18339-SMG** |
|---|---|---|---|
| | Name | | |

| 2.175 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,391.59** | **$0.00** |
|---|---|---|---|---|

**Pagan Melanie Nicole**
**63 Las Brisas Way**
**Kissimmee, FL 34743**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.176 | Priority creditor's name and mailing address | | **$911.04** | **$0.00** |
|---|---|---|---|---|

**Palma, Luisa**
**13839 Fairway Island Drive**
**Apt 1132**
**Orlando, FL 32837**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.177 | Priority creditor's name and mailing address | | **$779.76** | **$0.00** |
|---|---|---|---|---|

**Palmer, Jayvin Jaquan Tyriq**
**6050 SW 27th Street**
**Apt. 205**
**Miramar, FL 33023**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.178 | Priority creditor's name and mailing address | | **$1,021.02** | **$0.00** |
|---|---|---|---|---|

**Pellegrino, Lindsey M**
**8227 San Carlos Circle**
**Tamarac, FL 33321**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Path Medical Center Holdings, Inc.** | Case number (if known) | **21-18339-SMG** |
|---|---|---|---|
| | Name | | |

| 2.179 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,692.30** | $0.00 |
|---|---|---|---|---|
| | **Pena, Nicholas**<br>**16116 Kilmarnock Drive**<br>**Miami Lakes, FL 33014** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.180 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,839.32** | $0.00 |
|---|---|---|---|---|
| | **Perera, Patricia**<br>**8844 NW 168ST**<br>**Miami, FL 33018** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.181 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,692.30** | $0.00 |
|---|---|---|---|---|
| | **Perez Gonzalez, Yamislaida**<br>**3004 Maple Shade Place**<br>**Seffner, FL 33584** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.182 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,385.09** | $0.00 |
|---|---|---|---|---|
| | **Perez, Gustavo A**<br>**704 Creekwater Terrace**<br>**#102**<br>**Lake Mary, FL 32746** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Path Medical Center Holdings, Inc.** | Case number (if known) | **21-18339-SMG** |
|---|---|---|---|
| | Name | | |

| 2.183 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,005.31 | $0.00 |
|---|---|---|---|---|
| | **Perez, Lyzella Valentine**<br>**539B Albatross Drive**<br>**Kissimmee, FL 34759** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.184 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,165.50 | $0.00 |
|---|---|---|---|---|
| | **Perez, Teresa**<br>**421 Northeast 1st Street**<br>**Apt 101**<br>**Hallandale Beach, FL 33009** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.185 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,068.02 | $0.00 |
|---|---|---|---|---|
| | **Perez, Vidmarie Perez**<br>**341 Preserve Point Blvd**<br>**Davenport, FL 33837** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.186 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $701.17 | $0.00 |
|---|---|---|---|---|
| | **Perez, Zadys**<br>**663 Flagami Boulevard**<br>**Miami, FL 33144** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| Debtor | **Path Medical Center Holdings, Inc.** | Case number (if known) | **21-18339-SMG** |
| --- | --- | --- | --- |
| | Name | | |

| 2.187 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,807.69** | $0.00 |
| --- | --- | --- | --- | --- |
| | **Perpetuo, Michelle**<br>**9104 NW 147th Terrace**<br>**Hialeah, FL 33018** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.188 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,306.20** | $0.00 |
| --- | --- | --- | --- | --- |
| | **Philip, Avinash**<br>**268 nw 89th ave**<br>**Coral Springs, FL 33071** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.189 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,095.12** | $0.00 |
| --- | --- | --- | --- | --- |
| | **Pierre Louis, Barbara**<br>**570 NW 47th Avenue**<br>**Plantation, FL 33317** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.190 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,955.25** | $0.00 |
| --- | --- | --- | --- | --- |
| | **Pierre, Rochine Nerleta**<br>**611 SW Dalton Circle**<br>**Port Saint Lucie, FL 34953** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Path Medical Center Holdings, Inc.** | Case number (if known) | **21-18339-SMG** |
|---|---|---|---|
| | Name | | |

---

| 2.191 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $458.92 | $0.00 |
|---|---|---|---|---|
| | **Pileta, Thalia**<br>**2813 West Patterson Street**<br>**Tampa, FL 33614** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.192 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $495.60 | $0.00 |
|---|---|---|---|---|
| | **Pina, Yusleny**<br>**3011 23rd Ave N**<br>**Saint Petersburg, FL 33713** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.193 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $708.05 | $0.00 |
|---|---|---|---|---|
| | **Planos, Marcos A**<br>**1113 54th Ave N**<br>**St Petersburg, FL 33703** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.194 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,755.81 | $0.00 |
|---|---|---|---|---|
| | **Porras, Luis**<br>**10400 NW 35th Pl**<br>**Miami, FL 33147** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **Path Medical Center Holdings, Inc.** | Case number (if known) | **21-18339-SMG** |
| --- | --- | --- | --- |
| | Name | | |

---

| 2.195 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,102.01** | **$0.00** |
| --- | --- | --- | --- | --- |

**Pozzi, Tammy Lyn**
**205 Derby Downs Pl**
**Apartment 204**
**Brandon, FL 33510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

| 2.196 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$546.00** | **$0.00** |
| --- | --- | --- | --- | --- |

**Priester, Nikia**
**4324 N.W 9th Ave. apt 7-3 B**
**Deerfield Beach, FL 33064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

| 2.197 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$440.50** | **$0.00** |
| --- | --- | --- | --- | --- |

**Qian, Jean**
**2516 Montclaire Circle**
**Weston, FL 33327**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

| 2.198 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,036.10** | **$0.00** |
| --- | --- | --- | --- | --- |

**Quintero Rodriguez, Aneudi**
**3001 Lilly Belle Drive**
**Kissimmee, FL 34744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Path Medical Center Holdings, Inc.** | Case number (if known) | **21-18339-SMG** |
|---|---|---|---|
| | Name | | |

| 2.199 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,404.54 | $0.00 |
|---|---|---|---|---|

**Quintero, Leticia**
**14533 Sw 285 Terr**
**Homestead, FL 33033**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Wages** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.200 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,000.13 | $0.00 |
|---|---|---|---|---|

**Quintero, Misleibys**
**28004 Sw 136 Place**
**Homestead, FL 33033**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Wages** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.201 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,959.61 | $0.00 |
|---|---|---|---|---|

**Quintero, Nelson**
**6824 Tanglewood Bay Drive**
**Orlando, FL 32821**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Wages** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.202 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $937.37 | $0.00 |
|---|---|---|---|---|

**Ragoonanan, Shreya**
**2100 Northwest 61st Avenue**
**Sunrise, FL 33313**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:<br>**Wages** |
|---|---|

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Path Medical Center Holdings, Inc.** | Case number (if known) | **21-18339-SMG** |
|---|---|---|---|
| | Name | | |

| 2.203 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,562.94 | $0.00 |
|---|---|---|---|---|

**Ram, Laishdeo**
**10205 Beneva Drive**
**Tampa, FL 33647**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.204 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,632.30 | $0.00 |
|---|---|---|---|---|

**Ramos, Kathleen**
**1837 SW Norman Lane**
**Port Saint Lucie, FL 34984**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.205 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,884.61 | $0.00 |
|---|---|---|---|---|

**Ramsuer, Felicia**
**15210 Amberly Dr. Apt #1924**
**Tampa, FL 33647**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.206 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,310.70 | $0.00 |
|---|---|---|---|---|

**Ravelo, Tonia**
**605 Koala Court**
**Kissimmee, FL 34759**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Path Medical Center Holdings, Inc.** | Case number *(if known)* | **21-18339-SMG** |
|---|---|---|---|
| | Name | | |

| 2.207 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,290.45** | **$0.00** |
|---|---|---|---|---|
| | **Reis, Angela**<br>**421 SO 61 Terrace**<br>**Hollywood, FL 33023** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.208 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,232.18** | **$0.00** |
|---|---|---|---|---|
| | **Reyes, Emily katelin**<br>**18170 Northwest 59th Avenue**<br>**apt 103**<br>**Hialeah, FL 33015** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.209 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$846.58** | **$0.00** |
|---|---|---|---|---|
| | **Rivera Torres, Yarelis**<br>**1110 Hackberry Drive**<br>**Orlando, FL 32825** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.210 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$1,213.50** | **$0.00** |
|---|---|---|---|---|
| | **Rivera, Waymaliz Leean**<br>**2905 South Semoran Boulevard**<br>**Apt 162**<br>**Orlando, FL 32822** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Path Medical Center Holdings, Inc.** | Case number (if known) | **21-18339-SMG** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.211 | Priority creditor's name and mailing address<br>**Rivero, Felix**<br>**2909 Nw 92st**<br>**Miami, FL 33147** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,196.65** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.212 | Priority creditor's name and mailing address<br>**Rodriguez, Barbara M**<br>**320 S Flamingo Rd**<br>**Apt 150**<br>**Pembroke Pines, FL 33027** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,255.03** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.213 | Priority creditor's name and mailing address<br>**Rodriguez, Humberto**<br>**7012 NW 95th Ave.**<br>**Tamarac, FL 33321** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,164.48** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.214 | Priority creditor's name and mailing address<br>**Rolon, Keyla M**<br>**6301 Sherman St**<br>**Hollywood, FL 33024** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,538.47** | **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Path Medical Center Holdings, Inc.** | Case number (if known) | **21-18339-SMG** |
|---|---|---|---|
| | Name | | |

| 2.215 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $796.85 | $0.00 |
|---|---|---|---|---|
| | **Roman, Brenda Liz**<br>**14492 Ward Rd**<br>**Orlando, FL 32824** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.216 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,034.70 | $0.00 |
|---|---|---|---|---|
| | **Romero, Karla**<br>**6203 N. Hubert Avenue**<br>**Tampa, FL 33614** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.217 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $720.84 | $0.00 |
|---|---|---|---|---|
| | **Rosario Morales, Janais**<br>**1701 Shady Ridge Court**<br>**Orlando, FL 32807** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.218 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,869.84 | $0.00 |
|---|---|---|---|---|
| | **Salcedo, Jose**<br>**10936 SW 182nd Lane**<br>**Miami, FL 33157** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Path Medical Center Holdings, Inc.** | Case number (if known) | **21-18339-SMG** |
|---|---|---|---|
| | Name | | |

| 2.219 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,432.12 | $0.00 |
|---|---|---|---|---|

**Sanchez, Saul**
**1700 Woodbury Road**
**Apt 3105**
**Orlando, FL 32828**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Wages** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.220 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,114.95 | $0.00 |
|---|---|---|---|---|

**Sanchez, Yhester M**
**9182 Nw 112 Terr**
**Hialeah Gardens, FL 33018**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Wages** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.221 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,153.84 | $0.00 |
|---|---|---|---|---|

**Santiago Fernandez, Jean**
**13124 Heather Moss Drive**
**Apt. 515**
**Orlando, FL 32837**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Wages** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.222 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,637.44 | $0.00 |
|---|---|---|---|---|

**Santos, Marilee**
**111 Washington Palm Loop**
**Davenport, FL 33897**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Wages** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Path Medical Center Holdings, Inc.** | Case number (if known) | **21-18339-SMG** |
|---|---|---|---|
| | Name | | |

---

| 2.223 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,616.56 | $0.00 |
|---|---|---|---|---|

**Seraneau, Maureen**
**5704 Southwest 39th Street**
**West Park, FL 33023**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.224 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,776.92 | $0.00 |
|---|---|---|---|---|

**Silva, Dianelys**
**3402 Doctor Love Road**
**Orlando, FL 32810**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.225 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,160.76 | $0.00 |
|---|---|---|---|---|

**Simmer, Jacqueline**
**1009 N Ocean Blvd**
**#PH2**
**Pompano Beach, FL 33062**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.226 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,198.08 | $0.00 |
|---|---|---|---|---|

**Smith, Matthew**
**10434 Abelia Court**
**Port Richey, FL 34668**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **Path Medical Center Holdings, Inc.** | Case number (if known) | **21-18339-SMG** |
|---|---|---|---|
| | Name | | |

| 2.227 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $767.04 | $0.00 |
|---|---|---|---|---|
| | **Smith, Nicholas**<br>**4416 19th St Cir W**<br>**Apt A**<br>**Bradenton, FL 34207** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.228 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,286.51 | $0.00 |
|---|---|---|---|---|
| | **Smith, Vannetta**<br>**3733 N. Goldenrod Road**<br>**Apt. 204**<br>**Winter Park, FL 32792** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.229 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,706.50 | $0.00 |
|---|---|---|---|---|
| | **Solano, Rowland**<br>**713 Gazelle Way**<br>**Kissimmee, FL 34759** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.230 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $646.49 | $0.00 |
|---|---|---|---|---|
| | **Soto, Alma**<br>**7190 NW 21st Street**<br>**Sunrise, FL 33313** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | **Path Medical Center Holdings, Inc.** | Case number (if known) | **21-18339-SMG** |
|---|---|---|---|

Name

---

| 2.231 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,004.64 | $0.00 |
|---|---|---|---|---|

**Sotolongo, Roxanna**
**4515 E 8th Ln**
**Hialeah, FL 33013**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.232 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,518.00 | $0.00 |
|---|---|---|---|---|

**St Juste, Maryse**
**1312 26th St NW**
**Winter Haven, FL 33881**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.233 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,519.35 | $0.00 |
|---|---|---|---|---|

**Stephens, Calvin**
**4381 Southwest 10th Place**
**Apt 102**
**Deerfield Beach, FL 33442**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.234 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,274.59 | $0.00 |
|---|---|---|---|---|

**Suarez, Ideniises**
**8164 NW 10St**
**Apt.2**
**Miami, FL 33126**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **Path Medical Center Holdings, Inc.** | Case number (if known) | **21-18339-SMG** |
|--------|-----|-----|-----|

Name

---

| 2.235 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,646.40 | $0.00 |
|---|---|---|---|---|

**Talledo Jibaja, Deysi**
**2105 Island Walk Drive**
**Orlando, FL 32824**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.236 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,115.20 | $0.00 |
|---|---|---|---|---|

**Tanelus, Wideline**
**4714 NW 58th St**
**Tamarac, FL 33319**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.237 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,293.12 | $0.00 |
|---|---|---|---|---|

**Tejada, Giovanni**
**10600 Bloomfield Drive**
**apt. 418**
**Orlando, FL 32825**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.238 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,315.39 | $0.00 |
|---|---|---|---|---|

**Thaureaux Bueno, Yoanne**
**7310 W 3rd Ave**
**Hialeah, FL 33014**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Path Medical Center Holdings, Inc.** | Case number (if known) | **21-18339-SMG** |
|---|---|---|---|
| | Name | | |

| 2.239 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,335.10 | $0.00 |
|---|---|---|---|---|

**Thomas, Pamela L**
**18920 Nw 56 Ct**
**Miami Gardens, FL 33055**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.240 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,494.77 | $0.00 |
|---|---|---|---|---|

**Tingo, Frank**
**6976 Swinscoe Lane**
**Windermere, FL 34786**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.241 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,252.83 | $0.00 |
|---|---|---|---|---|

**Torres, Anthony O**
**10176 Vickers Ridge Drive**
**Orlando, FL 32829**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.242 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $669.12 | $0.00 |
|---|---|---|---|---|

**Troutman, Tammy**
**4132 NW 181st Lane**
**Miami Gardens, FL 33055**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Path Medical Center Holdings, Inc.** | Case number (if known) | **21-18339-SMG** |
|---|---|---|---|

Name

| 2.243 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,500.00** | $0.00 |
|---|---|---|---|---|

**Urrutia, Jacqueline**
**6428 Vineland Road**
**Apt 302**
**Orlando, FL 32819**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.244 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$812.76** | $0.00 |
|---|---|---|---|---|

**Valcourt, Renette**
**1180 Northwest 155th Lane**
**Apt 211**
**Miami, FL 33169**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.245 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$767.90** | $0.00 |
|---|---|---|---|---|

**Valdiviezo, Elysia**
**7331 NW 37th St**
**Unit 4**
**Hollywood, FL 33024**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.246 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,923.07** | $0.00 |
|---|---|---|---|---|

**Vargas, Jahaira**
**670 Basingstoke Ct**
**Kissimmee, FL 34758**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Path Medical Center Holdings, Inc.** | Case number (if known) | **21-18339-SMG** |
|--------|----------------------------------------|------------------------|------------------|
|        | Name                                   |                        |                  |

| 2.247 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,269.23 | $0.00 |
|-------|----------------------------------------------|------------------------------------------------|-----------|-------|

**Varona, Evert**
**9328 Longmeadow Circle**
**Boynton Beach, FL 33436**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.248 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,586.60 | $0.00 |
|-------|----------------------------------------------|------------------------------------------------|-----------|-------|

**Ventura, Teanny**
**13173 Oulton Cir**
**Orlando, FL 32832**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.249 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,197.45 | $0.00 |
|-------|----------------------------------------------|------------------------------------------------|-----------|-------|

**Volodarsky, Alexander**
**7441 Wayne Ave**
**apt # 14-0**
**Miami Beach, FL 33141**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.250 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $198.98 | $0.00 |
|-------|----------------------------------------------|------------------------------------------------|---------|-------|

**Walker, Melvin J**
**8441 nw 26th Place**
**Sunrise, FL 33322**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Path Medical Center Holdings, Inc.** | Case number (if known) | **21-18339-SMG** |
| --- | --- | --- | --- |
| | Name | | |

| 2.251 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,198.26 | $0.00 |
| --- | --- | --- | --- | --- |

**Walker, Stefanie**
**4188 N Landar Drive**
**Lake Worth, FL 33463**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Wages** |
| --- | --- |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.252 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,197.29 | $0.00 |
| --- | --- | --- | --- | --- |

**Ward, Fernando**
**4821 NW 58th St**
**TAMARAC, FL 33319**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Wages** |
| --- | --- |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.253 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $108.90 | $0.00 |
| --- | --- | --- | --- | --- |

**Watkinson, Derek J.**
**7131 Bellaire terrace**
**New Port Richey, FL 34653**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Wages** |
| --- | --- |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.254 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,458.74 | $0.00 |
| --- | --- | --- | --- | --- |

**Whitfield, Ray**
**6509 Sedgeford Drive**
**Lakeland, FL 33811**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: **Wages** |
| --- | --- |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Path Medical Center Holdings, Inc.** | Case number (if known) | **21-18339-SMG** |
|---|---|---|---|

Name

| 2.255 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $917.44 | $0.00 |
|---|---|---|---|---|

**Williams, Kyshawn M**
**1029 Putnam Drive**
**Sarasota, FL 34234**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.256 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,692.90 | $0.00 |
|---|---|---|---|---|

**Wilson, Ivonne**
**1926 Magical Ln**
**Kissimmee, FL 34744**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.257 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,870.00 | $0.00 |
|---|---|---|---|---|

**Woolsey, Timothy M**
**9213 Sw 16th Rd E**
**Boca Raton, FL 33428**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.258 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,656.90 | $0.00 |
|---|---|---|---|---|

**Wuertz, Michael A**
**1343 Gangplank Dr**
**Valrico, FL 33594**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Path Medical Center Holdings, Inc.** | Case number (if known) | **21-18339-SMG** |
|---|---|---|---|

Name

---

| 2.259 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,384.60 | $0.00 |
|---|---|---|---|---|

**Yero, Junior**
**9140 Chantilly Ln**
**Port Richey, FL 34668**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**4**)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.260 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,354.40 | $0.00 |
|---|---|---|---|---|

**Zamora, Jose**
**17501 Northwest 48th Avenue**
**Miami Gardens, FL 33055**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**4**)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.261 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,121.47 | $0.00 |
|---|---|---|---|---|

**Zupcau, Liliana**
**837 NW 82nd Pl**
**Boca Raton, FL 33487**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Wages**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**4**)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.    List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Broward County Tax Collector**
**115 S. Andrews Ave,Room #A100**
**Fort Lauderdale, FL 33301-1895**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**State Farm Fire and Casualty Company**
**Chief Financial Officer**
**200 E. Gaines Street**
**Tallahassee, FL 32399**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **Path Medical Center Holdings, Inc.** | Case number (if known) | **21-18339-SMG** |
|---|---|---|---|
| | Name | | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**State Farm Mutual Automobile Ins. Co.**
**Chief Financial Officer**
**200 E. Gaines Street**
**Tallahassee, FL 32399**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 411,943.24 |
| 5b. Total claims from Part 2 | 5b. + | $ | 0.00 |
| 5c. Total of Parts 1 and 2 | 5c. | $ | 411,943.24 |
| Lines 5a + 5b = 5c. | | | |

■

| Fill in this information to identify the case: |
|---|

Debtor name      **Path Medical Center Holdings, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    **21-18339-SMG**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
     (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Administrative Services Agreement dated October 3, 2016 for the provision of employees and related services.** |
| State the term remaining | |
| List the contract number of any government contract | **Path Medical - Aventura 18999 Biscayne Suite 201 Miami, FL 33180** |

**Fill in this information to identify the case:**

Debtor name **Path Medical Center Holdings, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) **21-18339-SMG**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 **Path Medical, LLC** | **2304 W. Oakland Park Blvd Fort Lauderdale, FL 33311** | **Medley Capital LLC, as Agent** | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name __**Path Medical Center Holdings, Inc.**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF FLORIDA__

Case number (if known) __**21-18339-SMG**__

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2021** to **Filing Date** | ☐ Operating a business<br>■ Other **Employee leasing and services agreement** | **$7,909,804.00** |
| **For prior year:**<br>From  **1/01/2020** to **12/31/2020** | ☐ Operating a business<br>■ Other **Employee leasing and services agreement** | **$15,600,516.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

---

Debtor    **Path Medical Center Holdings, Inc.**    Case number *(if known)* **21-18339-SMG**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.    **See attached** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   **State Farm Mutual Automobile v. Path Medical, LLC et al**<br>**8:20-cv-02428-VMC-TGW** | **Dismissed as to Path Medical Center Holdings, Inc.** | **Middle District of Floirda Tampa Divisio** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Path Medical Center Holdings, Inc. | Case number *(if known)* | 21-18339-SMG |
|---|---|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

<br>

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

<br>

## Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | **Path Medical LLC transferred funds to ELR's trust account in connection with its restructuring efforts on the following dates: August 21, 2021 ($50,000), October 19, 2020 ($200,000), February 26 ,2021 ($50,536.90), and August 16, 2021 ($60,104.50).** | | |
| | **Edelboim Lieberman Revah PLLC**<br>**20200 W. Dixie Highway**<br>**Suite 905**<br>**Miami, FL 33180** | **ELR drew down funds from its trust account to apply to monthly invoices in the total amount of $204,771.50. On the Petition Date, ELR held $155,869.9 in trust.** | | **$204,771.50** |
| | Email or website address | | | |
| | Who made the payment, if not debtor?<br>**Path Medical, LLC** | | | |
| 11.2. | | **On August 26, 2021, Path Medical LLC funded a $7,500 retainer to KM. Prior to the petition date, KM drew down $2,793.00.** | | |
| | **Kapila Mukamal** | | | **$2,793.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor?<br>**Path Medical, LLC** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**

Debtor    **Path Medical Center Holdings, Inc.**                                   Case number *(if known)*  **21-18339-SMG**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| **Part 7:** | **Previous Locations** |

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| **Part 8:** | **Health Care Bankruptcies** |

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| **Part 9:** | **Personally Identifiable Information** |

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Path Medical Center Holdings, Inc.** | Case number *(if known)* | **21-18339-SMG** |
|---|---|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | Path Medical Center Holdings, Inc. | Case number *(if known)* | 21-18339-SMG |
|---|---|---|---|

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.   **Path Medical, LLC**<br>**2304 W. Oakland Blvd**<br>**Fort Lauderdale, FL 33311** | **Health Care** | EIN:   **47-5580767**<br><br>From-To   **2016-present** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Keefe McCullough**<br>**6550 N. Federal Highway**<br>**4th Floor**<br>**Fort Lauderdale, FL 33308** | **2016 - Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.   **Keefe McCullough**<br>**6550 N. Federal Highway**<br>**4th Floor**<br>**Fort Lauderdale, FL 33308** | **2016 - Present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Keefe McCullough**<br>**6550 N. Federal Highway**<br>**4th Floor**<br>**Fort Lauderdale, FL 33308** | **2016 - Present** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor   **Path Medical Center Holdings, Inc.**      Case number *(if known)* **21-18339-SMG**

---

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| | Name and address |
|---|---|
| 26d.1. | **Bank United**<br>**7765 NW 148th Street**<br>**Hialeah, FL 33016** |
| 26d.2. | **Medley Capital LLC, as Agent**<br>**280 Park Ave, 6th Floor East**<br>**New York, NY 10017** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No<br>
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Manuel A. Fernandez | 2160 Denny Court<br>Boca Raton, FL 33486 | Chairman of the Board of Directors/CEO | 0% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Marta Prado | 949 South Southlake Drive<br>Hollywood, FL 33019 | Director | 0% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| David Campbell | Getzler Henrich & Associates, Inc.<br>150 S. Wacker Dr.<br>Chicago, IL 60606 | Director | 0% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No<br>
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Alan Kessman | 5603 Whirlaway Road<br>Palm Beach Gardens, FL 33418 | Director | December 2018 -November 10, 2020 |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No<br>
■ Yes. Identify below.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | Path Medical Center Holdings, Inc. | Case number *(if known)* | 21-18339-SMG |
|---|---|---|---|

|  | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | David Campbell<br>Getzler Henrich & Associates, Inc.<br>150 S. Wacker Drive 24th Floor<br>Chicago, IL 60606 | 50,000.00 | Equal bi-weekly payments of director salary from March 2021 through August 2021 | Mr. Campbell serves as a director on the board of Path Medical Center Holdings, Inc., and his salary is funded by the Debtor's 100% subsidiary, Path Medical, LLC. |
|  | Relationship to debtor<br>Director |  |  |  |
| 30.2. | Alan Kessman<br>5603 Whirlaway Road<br>Palm Beach Gardens, FL 33418 | 41,666.65 | Equal monthly installments of director salary from August 2020 through December 2020. | Mr. Kessman formerly served as a director on the board of Path Medical Center Holdings, Inc., and his salary was funded by the Debtor's 100% subsidiary, Path Medical, LLC. |
|  | Relationship to debtor<br>Former Board Member |  |  |  |
| 30.3. | Marta Prado<br>949 South Southlake Drive<br>Hollywood, FL 33019 | 100,000.00 | Equal monthly installments of director salary from September 2020 through August 2021. | Ms. Prado serves as a director on the board of Path Medical Center Holdings, Inc., and her salary is funded by the Debtor's 100% subsidiary, Path Medical, LLC. |
|  | Relationship to debtor<br>Board Member |  |  |  |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
|  | EIN: |
|  | EIN: |

Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

Debtor   **Path Medical Center Holdings, Inc.**                              Case number *(if known)* **21-18339-SMG**

---

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐   No

■   Yes. Identify below.

**Name of the pension fund**                                              **Employer Identification number of the parent corporation**

Path Medical ESOP Trust and Plan                                          **EIN:**   **EIN 81-3942921**

---

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on       **September 28, 2021**

_____        **Manuel Fernandez**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor   **Chief Executive Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No

☐ Yes

---

# UNITED STATES BANKRUPTCY COURT

Southern District of Florida

www.flsb.uscourts.gov

In Re:
**Path Medical Center Holdings, Inc.**

Case Number **21-18339-SMG**
Chapter **11**

Debtor(s)    /

## DECLARATION UNDER PENALTY OF PERJURY TO ACCOMPANY PETITIONS, SCHEDULES, FILING FEE APPLICATIONS AND STATEMENTS FILED ELECTRONICALLY

*Note: This declaration must be filed with each electronically filed initial petition or amended petition and must contain the imaged signature of the debtor. This declaration must also be filed with an initial schedule, Application to Pay Filing Fee in Installments, Application for Waiver of the Chapter 7 Filing Fee, SFA, Statement of Social Security Number, or Statement of Current Monthly Income (OBF 22) not filed with the initial petition or any amended schedules, SFA, Statement of Social Security Number, and/or Statement of Current Monthly Income (OBF 22) unless these documents contain an imaged signature of the debtor(s).*

### Check all documents that apply to this declaration

| | | |
|---|---|---|
| ☐ Application by Individual Debtor to Pay Filing Fee in Installments | | ☐ Application for Waiver of the Chapter 7 Filing Fee for Individuals Who Cannot Pay the Filing Fee in Full or in Installments |
| ☐ Voluntary petition signed by me on | | ☐ Amended voluntary petition signed by me on |
| ☑ Schedules signed by me on | September 28, 2021 | ☐ Amended schedules signed by me on |
| ☑ Statement of Financial Affairs signed by me on | September 28, 2021 | ☐ Amended Statement of Financial Affairs signed by me on |
| ☐ Statement of Social Security Number(s) signed by me on | | ☐ Amended Statement of Social Security Number(s) signed by me on |
| ☐ Statement of *Current Monthly Income (OBF 22)* signed by me on | | ☐ Amended Statement of *Current Monthly Income (OBF 22)* signed by me on |

I,     **Manuel Fernandez**    , the undersigned debtor(s) **hereby declare under penalty of perjury as follows:**

1.  I have reviewed and signed the original(s) of the document(s) identified above and the information contained in the Verified Document(s) is true and correct to the best of my knowledge and belief.

2.  I understand that Verified Document(s) filed in electronic form shall be treated for all purposes (both civil and criminal, including penalties of perjury) in the same manner as though signed or subscribed.

3.  I understand that the Verified Document(s) will be filed by my attorney in electronic form in connection with the above captioned case and that I have received and reviewed copies of the Verified Document(s) I have signed.

4.  I understand that my attorney is required by the court to retain the original signed Verified Document(s) for five years from date of discharge, dismissal or the conclusion of any pending appeals in this case and provide these documents to the court upon request at any time.

| | |
|---|---|
| **Signature of Debtor** (If non individual, authorized corporate representative) | **Signature of Joint Debtor (if applicable)** |
| **Manuel Fernandez** | |
| **Print or Type Name (and title if applicable)** | **Print Name** |
| **Brett Lieberman** | **305-768-9909** |
| **Print or Type Name of Attorney for Debtor** | **Phone:** |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case and this filing:</strong></td></tr>
<tr><td>Debtor Name</td><td>Path Medical Center Holdings, Inc.</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Southern   District of   Florida<br>(State)</td></tr>
<tr><td>Case number (If known)</td><td>21-18339-SMG</td></tr>
</table>

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒ *Schedule H: Codebtors* (Official Form 206H)

☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   September 28, 2021          **X** _____
              MM / DD / YYYY                    Signature of individual signing on behalf of debtor

                                                Manuel Fernandez
                                                Printed name

                                                CEO
                                                Position or relationship to debtor