**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**

In re:
PATH MEDICAL LLC,                        Case No.  21-18338-SMG
PATH MEDICAL CENTER HOLDINGS, INC.       Case No.  21-18339-SMG
                                         Jointly Administered
        Debtors.                         Chapter 11
_____/
PATH MEDICAL CENTER HOLDINGS, INC.       Case No.  21-18339-SMG
        Debtor.

_____/

**DEBTOR'S NOTICE OF COMPLIANCE WITH REQUIREMENTS FOR AMENDING**
**CREDITOR INFORMATION**

This notice is being filed in accordance with Local Rules 1007-2(B), 1009-1(D), or 1019-1(B) upon the filing of an amendment to the debtor's lists, schedules or statements, pursuant to Bankruptcy Rules 1007, 1009, 1019 or 5010-1(B).  I certify that:

[ x ]   The paper filed **adds** creditor(s) as reflected on the <u>attached list</u> (include name and address of each creditor being added).  I will:
  1.   remitted the required fee (unless the paper is a Bankruptcy Rule 1019(5) report);
  2.   provided the court with a supplemental matrix **of only the added creditors** on a CD or memory stick in electronic text format (ASCII or MS-DOS text), or electronically uploaded  the added creditors in CM/ECF;
  3.   provided notice to affected parties, including service of a copy of this notice and
       a copy of  the  §341 or post conversion meeting notice [see Local Rule 1009-1(D)(2)] and filed a certificate of service in compliance with the court [see Local Rule 2002-1(F)];
  4.   filed an amended schedule(s) and summary of schedules; and
  5.   filed a motion to reopen accompanied by the  required filing fee (if adding creditors pursuant to Local Rule 5010-1(B)).

[ ]    The paper filed **deletes** a creditor(s) as reflected on the <u>attached list</u> (include name and address of each creditor being deleted**).  I have:**
  1.   remitted the required fee;
  2.   provided notice to affected parties and filed a certificate of service in compliance with the court [see Local Rule 2002-1(F)]; and
  3.   filed an amended schedule(s) and summary of schedules.

[ ]    The paper filed **corrects**  the  name and/or address of a creditor(s) as reflected on the <u>attached list.</u>  **I have:**
  1.   provided notice to affected parties, including service of a copy of this notice and a copy of
       the §341 or post conversion meeting notice [see Local Rule 1009-1(D)(2)] and filed a certificate of service in compliance with the court [see Local Rule 2002-1(F)]; and
  2.   filed an amended schedule(s) or other paper.

[ ]    The paper filed **corrects** schedule D or E/F amount(s) or classification(s).  **I have:**
  1.   remitted the required fee;
  2.   provided notice to affected parties and filed a certificate of service in compliance with the court [see Local Rule 2002-1(F)]; and
  3.   filed an amended schedule(s) and summary of schedules.

[ ]    None of the above apply. The paper filed does not require an additional fee, a supplemental matrix, or notice to affected parties. It □ does □ does not require the filing of an amended schedule and summary of schedules.

I also certify that, if filing amended schedules, Bankruptcy Form 106 "Declaration About an Individual Debtor's Schedules" (signed by both debtors) or Bankruptcy Form 202 , "Declaration Under Penalty of Perjury for Non-Individual Debtors" has been filed as required by Local Rules 1007-2(B), 1009-1(A)(2) and (D)(1), or 1019-1(B).

Dated:  9/28/2021
/s/ Brett Lieberman
_____        _____
Attorney for Debtor (or Debtor, if pro se)      Joint Debtor (if applicable)

Brett Lieberman
_____        _____
Print Name                                      Address
69583
_____        _____
Florida Bar Number                              Phone Number

LF-4 (rev. 12/01/15)

.

Abreu,Lisa
5035 Gardens Drive
Orlando, FL 32812


Acosta, Leidy
871 Ibis Walk Place North
Apt 2209
Saint Petersburg, FL 33716


Aghili, Shoukoh
3037 N. Oakland Forest Club
102
Oakland Park, FL 33309


Alcazar, Leonor E
2417 Funston St
Hollywood, FL 33020


Aldarondo, Shaida
408 NE 6th Street
Unit 303
Fort Lauderdale, FL 33304


Almendares, Missel
4779 Poseidon Place
Lake Worth, FL 33463


Alonso, Maria D
819 Southwest 27th Street
Fort Lauderdale, FL 33315


Alpine Funding, LLC
c/o Medley Capital, LLC
280 Park Avenue, 6th Floor East
New York, NY 10017


Alvarez, Josue
1323 Dragon Head Drive
Valrico, FL 33594


Arias, Elisa J
1377 W. 69th Street
Hialeah, FL 33014

Armoza, Diana Catherine
Knollwood Street
Saint Cloud, FL 34773


Atler, Denise L
2142 NW 85 Lane
Coral Springs, FL 33071


Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530


Aviles-Velazquez, Stephanie Marie
31236 Bridgegate Drive
Wesley Chapel, FL 33545


Bailey, Lisa
404 N.W. 5th Terr.
Hallandale Beach, FL 33009


Baille, Melila
2652 Carambola
Cir N unit 1
Coconut Creek, FL 33066


Baldaras Saldierna, Irene
1007 King Street
Plant City, FL 33563


Barreiro, Joshua A
201 Terrace Ridge Circle
Davenport, FL 33896


Barzaga, Anny Lisney
13881 Northwest 238th Street
High Springs, FL 32643


Bien Aime, Junie
1755 NE 164st
Apt 113
Miami, FL 33162

```
Binet Rosario, Nelly
4910 NW 11th Court
Fort Lauderdale, FL 33313


Blackwood, Delisha Torlse
2760 NW 164th Street
Miami Gardens, FL 33054


Blake, Cadeen
6531 SW 10th St
North Lauderdale, FL 33068


Bonet, Rosa
6161 Northwest 2nd Avenue
#223
Boca Raton, FL 33487


Bonnardel, Neil S
18981 Sw 32 St
Miramar, FL 33029


Brewton, Nichole
5880 Clydesdale Court
Davie, FL 33314


Brooks, Robin D
146 Laurel Way
1B
Herndon, VA 20170


Broward County Tax Collector
115 S. Andrews Ave,Room #A100
Fort Lauderdale, FL 33301-1895


Cabreja, Melanie
920 Woodside Circle
Apt A
Kissimmee, FL 34741


Cadet, Marene
2781 Ocean Club Blvd.
Apt. 106
Hollywood, FL 33019
```

Callen, Norma
3218 NW 23rd Ave
Miami, FL 33142


Calvo, Maria A
3921 East 9th Lane
Hialeah, FL 33013


Campbell, Christena
19500 NW 12th Ave
Miami, FL 33169


Cantu, Eduardo
6901 Indian Creek Dr
Apt. 7
Miami Beach, FL 33141


Capaz, Neysa
295 NW 72nd Ave
Apartment 407
Miami, FL 33126


Capezza, Victoria
12230 Legacy Bright Street
Riverview, FL 33578


Cardoso Lopes, Jarbas Felipe
5644 Blue Shadows Court
Orlando, FL 32811


Carlin, Dalanie
791 N. Pine Island Road
#212
Fort Lauderdale, FL 33324


Carlin, Patricia
1137 SE 6th Ave
Dania, FL 33004


Castillo Padilla, Rosendo
451 nw 7 st
apt. 206
Miami, FL 33136

Chavarria, Rommel
2890 W 71st St
Hialeah, FL 33018


Cherian, Joseph
15444 Montesino Drive
Orlando, FL 32828


Chukes, Jimeria
1128 Fennel Green Drive
Seffner, FL 33584


Clarke, Leigh R
2501 Riverside Drive
APT 309
Coral Springs, FL 33065


Claro Cisnero, Mirtha
7630 Cayuga Dr
New Port Richey, FL 34653


Cockren, Lissette
330 S.W. 97th Ave.
Pembroke Pines, FL 33025


Comvest Capital III, L.P.
c/o Comvest Partners
525 Okeechobee Blvd, Suite 1050
West Palm Beach, FL 33401


Connor, Lyron G
1716 SW 10th st.
Fort Lauderdale, FL 33312


Cordero, Crystal
725 Crest Pines Dr
Apt 417
Orlando, FL 32828


Core Tossona , Danielle N
16724 Southwest 10th Street
Pembroke Pines, FL 33027

Creighton, Shenequa
1219 S Dixie Hwy W
Apt 207
Pompano Beach, FL 33060


Crespo, Aneika M
4831 Sw 193 Lane
Southwest Ranches, FL 33332


Cruz Gonzalez, Victor
3702 Windham Dr
Holiday, FL 34691


Curtis, Lance
11509 Southwest 15th Street
Hollywood, FL 33025


D'Alesio, Ann Elizabeth
614 NE 2nd Place
Dania, FL 33004


Da Silva Borges, Sergio
1019 South Hiawasee Road
Apt#3812
Orlando, FL 32835


Dattus, Sheila
111 Sw 4th Ave #9
Pompano Beach, FL 33060


Davis Goldman, PLLC
1441 Brickell Ave
Sre 1400
Miami, FL 33131


Dawkins, Christina Venetta
610 Northwest 2nd Avenue
Hallandale Beach, FL 33009


De La Paz, Iris
3305 W Aileen St
Tampa, FL 33607

Delgado Cheong, Dania
3702 Windham Dr
Holiday, FL 34691


Department of Treasury
Internal Revenue Service
Kansas City, MO 64999


Diaz, Elisa
6261 SW 24th Place
Unit 306
Davie, FL 33314


Djebelli, Jahan
3245 Virginia St
Apt 57
Miami, FL 33133


Doctor, Antionesia
3700 Oakland Preserve Way
APT. 5304
Oakland Park, FL 33334


Douglas, Ebony Lynn
1200 Via Lugano Circle
Apt. 211
Boynton Beach, FL 33436


Dyges, Anthony
231 Northwest 47th Avenue
Plantation, FL 33317


Eapen, Geogith
11226 Southwest 56th Circle
Fort Lauderdale, FL 33330


Emmenecker, Andrew Charles
1108 Bartow Road
Apt j114
Lakeland, FL 33801


Etienne, Felicia
1120 Northwest 147th Street
Miami, FL 33168

Faez, Candida L
7602 W Henry Ave
Tampa, FL 33615


Farrington, Taneisha
2403 South 25th Street
#111
Fort Pierce, FL 34981


Fernandez, Akralys Veronica
6822 N. Clark
Tampa, FL 33614


Fernandez, Andre
2160 Denny Court
Boca Raton, FL 33486


Fernandez, Christian
9696 Hollyhill Drive
Orlando, FL 32824


Fernandez, Judith
4050 Southwest 136th Avenue
Miramar, FL 33027


Fernandez, Manuel A
2160 Denny Court
Boca Raton, FL 33486


Ferreras, Gabriel
6011 Nw 42nd Ave
Coconut Creek, FL 33073


Fiacco, Melissa L
11136 Meridian Dr N
Parkland, FL 33076


Fiacco, Olivia L
11136 Meridian Drive North
Parkland, FL 33076


Fiacco, Priscilla L
11136 Meridian Dr N
Parkland, FL 33076

Firpi, Maria Emily
7001 NW 16th St
Apt A-406
Plantation, FL 33313


Fleurent, Marie
4201 NW 34th Street
#415
Fort Lauderdale, FL 33319


Florida Department of Revenue
P.O. Box 6668
Tallahassee, FL 32314


Forrest-Thomas, Brenda
404 Northwest 9th Avenue
Pompano Beach, FL 33060


Franco Sterling, Alberto E.
6415 Camellia Garden Dr
Apt. 107
Orlando, FL 32822


Francois Paul, Marie M
8261 V a Di Veneto
Boca Raton, FL 33496


Frias, Lynette I
3596 Vega Creek Drive
St. Cloud, FL 34772


Fuerte, Raul
209 Nw 109 Ave #407
Miami, FL 33172


Fye, Kelly
2813 SW 2nd Ct
Fort Lauderdale, FL 33312


Garcia Alvarez, Ahimed
6014 Lake Underhill Road
Orlando, FL 32807

Garcia Bondani, Carlos Alejandro
10706 Savannah Wood Court
Orlando, FL 32832


Gedeon, Iderlia
6337 NW 24 Court
Margate, FL 33063


Gomez, Aracely
18440 Cayman St
Eustis, FL 32736


Gomez, Fernando Martin
910 Coral Ridge Drive
#203
Coral Springs, FL 33071


Gonzalez Garay, Dulce Maria
10550 West State Road 84
Lot 359
Davie, FL 33324


Gonzalez, Arnaldo
10985 SW 107 Street
Apt 308
Miami, FL 33176


Gonzalez, Ashley
4601 Northwest 42nd Street
Lauderdale Lakes, FL 33319


Gonzalez, George
1301 W Branch St
Lantana, FL 33462


Gonzalez, Gisette
1190 Muzano Street
Apt B-401
Kissimmee, FL 34741


Gracia, Tamara
425 Sinbad Avenue
Port Saint Lucie, FL 34952

Granda, Angel Enrique
1700 Azalea Ct
Apt. A
Oldsmar, FL 34677


Guerra Mora, Sander
9125 Southwest 77th Avenue
Apto A206
Miami, FL 33156


Guevara, Maria Milagros
818 Dundee Drive
Winter Springs, FL 32708


Guillaume, Enide
4158 Inverrary Dr
Apt 408
Lauderhill, FL 33319


Hankerson, Arlene
18932 NW 27th Avenue
Apt 309
Miami Gardens, FL 33056


Hargrett, Latoya L
11684 Sanderling Drive
Wellington, FL 33414


Harris, Elease
701 NW 2nd Terr
Deerfield Beach, FL 33441


Henderson, Karla Michelle
2217 Chapin Street
Tampa, FL 33605


Hernandez, Ana
14576 Laguna Beach
Orlando, FL 32824


Hernandez, Liana
2674 Franklin Drive
Fort Lauderdale, FL 33311

Hernandez, Mia Angela
2910 NE 53rd Terrace
Margate, FL 33063


Hinkel, Reba R
301 NW 50th St
Pompano Beach, FL 33064


Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
P.o. Box 21126
Philadelphia, PA 19114


Ireland, Beverley A
3445 Pinewalk Drive North
Apt 208
Margate, FL 33063


Irizarry, Jose Angel
5075 Ernst Court
Orlando, FL 32819


Izquierdo, Madelaine
18678 NW 77th Place
Hialeah, FL 33015


Jackson, Tamara
1470 Northwest 55th Avenue
Lauderhill, FL 33313


Jamieson, Cory
3113 Cortez Rd W
Lot 74
Bradenton, FL 34207

Janvier, Louis
1448 Herring Lane
Clermont, FL 34714

Jenkins, Jarae
15741 Northwest 17th Court
Opa-locka, FL 33054

Johnson, Shineta Twana
1510 Northwest 12th Avenue
Fort Lauderdale, FL 33311

Jones, Valecia
1813 Meridel Ave
Tampa, FL 33612

Jorge Hernandez, Violeta
6950 Sw 3rd Street
Pembroke Pines, FL 33023

Jose, Emmanuel
4681 Sable Pine Cir
Unit D1
West Palm Beach, FL 33417

Keller, Kristi
4225 Cypress Dr
Saint Cloud, FL 34772

Kelley, Ashtyn
3410 Pinewalk Drive North
827
Margate, FL 33063

Kerr, Stephane J
800 Sw 64 Terr North
Lauderdale, FL 33068

Kurtic, Aldijana
4350 82nd Avenue North
Pinellas Park, FL 33781

Letchworth, Tabitha
3615 Wayne Road
Lakeland, FL 33810

Lewin, Karl
941 Framlingham Ct
APT 103
Lake Mary, FL 32746


Ling, Kimberly J
1650 NW 27th Avenue
Fort Lauderdale, FL 33311


Lopexdevictoria, Cynthia Altelia
5099 Elmnurst Road
West Palm Beach, FL 33417


Lopez, Erin Albon
2598 South Conway Road
APT 1311
Orlando, FL 32812


Lopez, Johanna M
1271 Nw 31st Street
Miami, FL 33142


Lopez, Yennifer
121 Snapdragon court
Kissimmee, FL 34743


Lossen, Samantha
5715 Harrison St
Hollywood, FL 33023


Manfredonia, Michael Joseph
1005 NW 67th Avenue
Margate, FL 33063


Manzanilla, Marisela O
6953 Pines Circle
Coconut Creek, FL 33073


Markevich, Alexander
400 NE 12 ave
Apt. 704
Hallandale, FL 33009

Martin, Bradford
920 Greenbriar Drive
Boynton Beach, FL 33435


Martin, Christina E
5318 Anhinga Trail
New Port Richey, FL 34653


Martinez, Elias
9291 E Bay Harbor Drive
Apartment 5A
Bal Harbor island, FL 33154


Martinez, Jose Vladimir
2315 N. Congress Avenue
Apt. 27
Boynton Beach, FL 33426


Martinez, Lee-Jeannette
5411 Mayo St
Hollywood, FL 33021


Martinez, Victoria
2409 Tracy Lane
Deltona, FL 32738


Martinez, Wendy E
828 NW 58th St
Miami, FL 33127


McBride, Precious Nicole
720 N.W 15th Terrace
Fort Lauderdale, FL 33311


Mccant, Alicia
5255 Cinderlane Parkway
Apt. 249
Orlando, FL 32808


McEwen, Darleen K
3577 Cocoplum Circle
Coconut Creek, FL 33063

McEwen, Monica A
3170 Coral Way
Apt. 1002
Miami, FL 33145


McKnight, Alandra A
3504 Sprite Lane
St. Cloud, FL 34772


Medley Capital Corporation
c/ Medley Capital LLC
280 Park Avenue, 6th Floor East
New York, NY 10017


Medley Capital LLC, as Agent
280 Park Avenue, 6th Floor East
New York, NY 10017


Medley Credit Strategies (KOC) LLC
c/o Medley Capital LLC
280 Park Avenue, 6th Floor East
New York, NY 10017


Medley Oppurtunity Fund III, LLP
c/o Medley Capital LLC
280 Park Avenue, 6th Floor East
New York, NY 10017


Meneses Tohalino, Lizbeth J
3120 West Hallandale Beach Bou
# 614
Hallandale Beach, FL 33009


Menjivar, Ana G
8208 Nw 74th Terr
Tamarac, FL 33321


Mesa, Andres
13922 Magnolia Ridge Loop
Winter Garden, FL 34787


Miranda-Rueda, Raquel
247 St Cloud Village Ct
#102
Kissimmee, FL 34744

Mobley, Jerome
1402 Robin Ct.
Longwood, FL 32750


Mojica, Jazmine
11433 Royal Palm Boulevard
Coral Springs, FL 33065


Mojica, Jiamaryliz Delcarmen
350 24th Street NW #108C
Winter Haven, FL 33880


Molina, Yuleidy
2900 Nw 100 St
Miami, FL 33147


Monestime, Jeanine H
1175 Northwest 110th Street
Miami, FL 33168


Montalvo, Amanda
4938 Elon Crescent
Lakeland, FL 33810


Montalvo, Rosa
6460 Scott St
Hollywood, FL 33024


Morales, Yeseny Y
2500 N 26th Terrace
Hollywood, FL 33020


Morgan, Lewis and Bockius, LLP
1717 Main Street, Suite 3200


Munroe, Tamika Allison
4200 NW 3rd ct
unit 311
plantation, FL 33317


Murphy, Cristin
4355 Corporate Ave
Apt 176
Lakeland, FL 33809

Nahmany, Stacey
8302 Southwest 20th Street
North Lauderdale, FL 33068


Nicoletti, Brian
7026 Chatum Light Run
Bradenton, FL 34212


Nidetz, Andrew M
1301 NE Miami Gardens Dr #911
Miami, FL 33179


Nixon, Janelle
7551 Viscaya Circle
Margate, FL 33063


Northport TRS, LLC
c/o Medley Capital LLC
280 Park Avenue, 6th Floor East
New York, NY 10017


Norvelus, Naderge
711 Southwest 76th Avenue
North Lauderdale, FL 33068


O'Shaughnessy, John W
13444 Fordwell Drive
Orlando, FL 32828


Oliveros, Silvana P
3121 SW 64 Terrace
Miramar, FL 33023


Orelus, Nancy
6424 Southwest 20th Court
Miramar, FL 33023


Osias, Anne C
650 NE 149th St apt110A
North Miami, FL 33161


Otero, Tasha Daniella
4689 King Cole Blvd
1200 W Holden Ave
Orlando, FL 32811

Pagan Melanie Nicole
63 Las Brisas Way
Kissimmee, FL 34743


Palma, Luisa
13839 Fairway Island Drive
Apt 1132
Orlando, FL 32837


Palmer, Jayvin Jaquan Tyriq
6050 SW 27th Street
Apt. 205
Miramar, FL 33023


Path Medical - Aventura
18999 Biscayne
Suite 201
Miami, FL 33180


Path Medical Center Holdings, Inc.
2304 W. Oakland Park Blvd
Fort Lauderdale, FL 33311


Path Medical, LLC
2304 W. Oakland Park Blvd
Fort Lauderdale, FL 33311


Pellegrino, Lindsey M
8227 San Carlos Circle
Tamarac, FL 33321


Pena, Nicholas
16116 Kilmarnock Drive
Miami Lakes, FL 33014


Perera, Patricia
8844 NW 168ST
Miami, FL 33018


Perez Gonzalez, Yamislaida
3004 Maple Shade Place
Seffner, FL 33584

```
Perez, Gustavo A
704 Creekwater Terrace
#102
Lake Mary, FL 32746


Perez, Lyzella Valentine
539B Albatross Drive
Kissimmee, FL 34759


Perez, Teresa
421 Northeast 1st Street
Apt 101
Hallandale Beach, FL 33009


Perez, Vidmarie Perez
341 Preserve Point Blvd
Davenport, FL 33837


Perez, Zadys
663 Flagami Boulevard
Miami, FL 33144


Perpetuo, Michelle
9104 NW 147th Terrace
Hialeah, FL 33018


Phenixfin Corporation
445 Park Avenue
9th Floor
New York, NY 10022


Philip, Avinash
268 nw 89th ave
Coral Springs, FL 33071


Pierre Louis, Barbara
570 NW 47th Avenue
Plantation, FL 33317


Pierre, Rochine Nerleta
611 SW Dalton Circle
Port Saint Lucie, FL 34953
```

Pileta, Thalia
2813 West Patterson Street
Tampa, FL 33614


Pina, Yusleny
3011 23rd Ave N
Saint Petersburg, FL 33713


Planos, Marcos A
1113 54th Ave N
St Petersburg, FL 33703


Porras, Luis
10400 NW 35th Pl
Miami, FL 33147


Pozzi, Tammy Lyn
205 Derby Downs Pl
Apartment 204
Brandon, FL 33510


Priester, Nikia
4324 N.W 9th Ave. apt 7-3 B
Deerfield Beach, FL 33064


Proskauer Rose LLP
One International Place
Boston, MA 02110


Proskauer Rose LLP
One International Place
Boston, MA 02110


Proskauer Rose LLP
One International Place
Boston, MA 02110


Qian, Jean
2516 Montclaire Circle
Weston, FL 33327


Quintero Rodriguez, Aneudi
3001 Lilly Belle Drive
Kissimmee, FL 34744

Quintero, Leticia
14533 Sw 285 Terr
Homestead, FL 33033


Quintero, Misleibys
28004 Sw 136 Place
Homestead, FL 33033


Quintero, Nelson
6824 Tanglewood Bay Drive
Orlando, FL 32821


Ragoonanan, Shreya
2100 Northwest 61st Avenue
Sunrise, FL 33313


Ram, Laishdeo
10205 Beneva Drive
Tampa, FL 33647


Ramos, Kathleen
1837 SW Norman Lane
Port Saint Lucie, FL 34984


Ramsuer, Felicia
15210 Amberly Dr. Apt #1924
Tampa, FL 33647


Ravelo, Tonia
605 Koala Court
Kissimmee, FL 34759


Reis, Angela
421 SO 61 Terrace
Hollywood, FL 33023


Reyes, Emily katelin
18170 Northwest 59th Avenue
apt 103
Hialeah, FL 33015


Rivera Torres, Yarelis
1110 Hackberry Drive
Orlando, FL 32825

Rivera, Waymaliz Leean
2905 South Semoran Boulevard
Apt 162
Orlando, FL 32822


Rivero, Felix
2909 Nw 92st
Miami, FL 33147


Rodriguez, Barbara M
320 S Flamingo Rd
Apt 150
Pembroke Pines, FL 33027


Rodriguez, Humberto
7012 NW 95th Ave.
Tamarac, FL 33321


Rolon, Keyla M
6301 Sherman St
Hollywood, FL 33024


Roman, Brenda Liz
14492 Ward Rd
Orlando, FL 32824


Romero, Karla
6203 N. Hubert Avenue
Tampa, FL 33614


Rosario Morales, Janais
1701 Shady Ridge Court
Orlando, FL 32807


Salcedo, Jose
10936 SW 182nd Lane
Miami, FL 33157


Sanchez, Saul
1700 Woodbury Road
Apt 3105
Orlando, FL 32828

Sanchez, Yhester M
9182 Nw 112 Terr
Hialeah Gardens, FL 33018

Santiago Fernandez, Jean
13124 Heather Moss Drive
Apt. 515
Orlando, FL 32837

Santos, Marilee
111 Washington Palm Loop
Davenport, FL 33897

Seraneau, Maureen
5704 Southwest 39th Street
West Park, FL 33023

Sierra Income Corporation
c/o Medley Captial LLC
280 Park Avenue, 6th Floor
New York, NY 10017

Silva, Dianelys
3402 Doctor Love Road
Orlando, FL 32810

Simmer, Jacqueline
1009 N Ocean Blvd
#PH2
Pompano Beach, FL 33062

Smith, Matthew
10434 Abelia Court
Port Richey, FL 34668

Smith, Nicholas
4416 19th St Cir W
Apt A
Bradenton, FL 34207

Smith, Vannetta
3733 N. Goldenrod Road
Apt. 204
Winter Park, FL 32792

Solano, Rowland
713 Gazelle Way
Kissimmee, FL 34759


Soto, Alma
7190 NW 21st Street
Sunrise, FL 33313


Sotolongo, Roxanna
4515 E 8th Ln
Hialeah, FL 33013


St Juste, Maryse
1312 26th St NW
Winter Haven, FL 33881


State Farm Fire and Casualty Company
Chief Financial Officer
200 E. Gaines Street
Tallahassee, FL 32399


State Farm Mutual Automobile Ins. Co.
Chief Financial Officer
200 E. Gaines Street
Tallahassee, FL 32399


Stephens, Calvin
4381 Southwest 10th Place
Apt 102
Deerfield Beach, FL 33442


Suarez, Idenises
8164 NW 10St
Apt.2
Miami, FL 33126


Talledo Jibaja, Deysi
2105 Island Walk Drive
Orlando, FL 32824


Tanelus, Wideline
4714 NW 58th St
Tamarac, FL 33319

Tejada, Giovanni
10600 Bloomfield Drive
apt. 418
Orlando, FL 32825


Thaureaux Bueno, Yoanne
7310 W 3rd Ave
Hialeah, FL 33014


Thomas, Pamela L
18920 Nw 56 Ct
Miami Gardens, FL 33055


Tingo, Frank
6976 Swinscoe Lane
Windermere, FL 34786


Torres, Anthony O
10176 Vickers Ridge Drive
Orlando, FL 32829


Troutman, Tammy
4132 NW 181st Lane
Miami Gardens, FL 33055


Urrutia, Jacqueline
6428 Vineland Road
Apt 302
Orlando, FL 32819


Valcourt, Renette
1180 Northwest 155th Lane
Apt 211
Miami, FL 33169


Valdiviezo, Elysia
7331 NW 37th St
Unit 4
Hollywood, FL 33024


Vargas, Jahaira
670 Basingstoke Ct
Kissimmee, FL 34758

Varona, Evert
9328 Longmeadow Circle
Boynton Beach, FL 33436


Ventura, Teanny
13173 Oulton Cir
Orlando, FL 32832


Volodarsky, Alexander
7441 Wayne Ave
apt # 14-0
Miami Beach, FL 33141


Walker, Melvin J
8441 nw 26th Place
Sunrise, FL 33322


Walker, Stefanie
4188 N Landar Drive
Lake Worth, FL 33463


Ward, Fernando
4821 NW 58th St
TAMARAC, FL 33319


Watkinson, Derek J.
7131 Bellaire terrace
New Port Richey, FL 34653


Whitfield, Ray
6509 Sedgeford Drive
Lakeland, FL 33811


Williams, Kyshawn M
1029 Putnam Drive
Sarasota, FL 34234


Wilson, Ivonne
1926 Magical Ln
Kissimmee, FL 34744


Winston & Strawn LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071

Winston & Strawn LLP
333 South Grand Avenue, 38th Floor
Los Angeles, CA 90071


Woolsey, Timothy M
9213 Sw 16th Rd E
Boca Raton, FL 33428


Wuertz, Michael A
1343 Gangplank Dr
Valrico, FL 33594


Yero, Junior
9140 Chantilly Ln
Port Richey, FL 34668


Zamora, Jose
17501 Northwest 48th Avenue
Miami Gardens, FL 33055


Zupcau, Liliana
837 NW 82nd Pl
Boca Raton, FL 33487