# United States Bankruptcy Court
## Southern District of Florida

In re  **Path Medical Center Holdings, Inc.**                                    Case No.  **21-18339-SMG**

                                   Debtor(s)                                     Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Path Medical ESOP Trust<br>Great Banc Trust Company<br>c/o Bucky Wright<br>801 Warrenville Road, Suite 500<br>Lisle, IL 60532 | | | 100% |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Executive Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **September 29, 2021**                          Signature  _/s/ Manuel Fernandez_
                                                                **Manuel Fernandez**

Penalty for making a false statement of concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.